UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 262 ANNUITY FUND, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEHMAN BROTHERS HOLDINGS INC., RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA and JOSEPH M. GREGORY,<br><br>Defendants. | CIVIL ACTION NO.<br>08-cv-05523 (LAK)<br><br>CLASS ACTION |

## MOTION OF THE FIRE & POLICE PENSION ASSOCIATION OF COLORADO AND THE BROCKTON CONTRIBUTORY RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

The Fire & Police Pension Association of Colorado and the Brockton Contributory Retirement System, (collectively, the "Institutional Investor Group") by its counsel, hereby respectfully moves this Court for: (i) appointment as Lead Plaintiff in the consolidated securities class action; and (ii) approval of its selection and retention of Berman DeValerio Pease Tabacco Burt & Pucillo as Lead Counsel.

In support of this Motion, the Institutional Investor Group submits herewith a Memorandum of Law, the Declaration of Jeffrey C. Block, and a Proposed Order.

Dated: June 30, 2008                                 Respectfully submitted,

**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS, LLP**

BY:   /s/ Marc I. Gross
       Marc I. Gross
       100 Park Avenue
       New York, New York 10017-5516
       Telephone: (212) 661-1100
       Facsimile: (212)-661-8665
       E-mail migross@pomlaw.com

*Liaison Counsel*

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

       Jeffrey C. Block
       Kathleen M. Donovan-Maher
       Leslie R. Stern
       Autumn W. Smith
       One Liberty Square
       Boston, MA 02109
       Telephone: (617) 542-8300
       Facsimile: (617) 542-1194
       E-Mail: jblock@bermanesq.com

*Counsel to the Fire & Police Pension Association of Colorado and Brockton Contributory Retirement System and Proposed Lead Counsel for the Class*