**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 262 ANNUITY FUND, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEHMAN BROTHERS HOLDINGS, INC., RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, and ERIN CALLAN,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) NO. 08-CV-5523 (LAK)<br><br><br><br><br><br>JURY TRIAL DEMANDED |

**NOTICE OF MOTION OF THE PENSION FUND GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS**

PLEASE TAKE NOTICE that on a date and time to be set by the Court, before the Honorable Lewis A. Kaplan, at the United States District Court for the Southern District of New York, located at the United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York, the Alameda County Employees' Retirement Association ("ACERA"), the Government of Guam Retirement Fund ("Guam"), the Northern Ireland Local Governmental Officers Superannuation Committee ("NILGOSC"), The City of Edinburgh Council as Administering Authority of the Lothian Pension Fund ("Lothian") and the Operating Engineers Local 3 Trust Fund ("Operating Engineers") (collectively the "Pension Fund Group"), will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order appointing the Pension Fund Group as Lead Plaintiff in the above-captioned action and approving its choice of the law firms of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Schiffrin Barroway Topaz & Kessler, LLP ("Schiffrin Barroway") as Lead Counsel for the Class.

The Pension Fund Group intends to demonstrate that it has the largest financial interest in the relief sought by the Class and, thus, should be appointed Lead Plaintiff. The Pension Fund Group purchased 1,007,338 shares of stock of Lehman Brothers Holdings Inc. ("Lehman") between September 13, 2006 and June 6, 2008, expending over $37.2 million to acquire those securities. Based upon these transactions, the Pension Fund Group sustained total losses of $28,260,751 as a result of its investment in Lehman stock. The appointment of the Pension Fund Group as Lead Plaintiff would advance the primary goal of the PSLRA lead plaintiff provisions: to encourage institutional investors with large financial stakes in the outcome of the litigation to

assume control over securities class actions. In addition, members of the Pension Fund Group meet the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Gerald H. Silk filed herewith, the pleadings and other files herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Pension Fund Group respectfully requests that the Court: (1) appoint the Pension Fund Group as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (2) approve the Pension Fund Group's selection of Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

DATED:   June 30, 2008
         New York, New York

                                    Respectfully submitted,

                                    By:      /s/ Gerald H. Silk

                                    **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

                                    Gerald H. Silk (GS-4565)
                                    Avi Josefson (AJ-3532)
                                    1285 Avenue of the Americas, 38th Floor
                                    New York, New York 10019
                                    Tel: 212-554-1400

                                    *Proposed Lead Counsel for the Class*

                                    **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
                                    Sean M. Handler
                                    280 King of Prussia Road
                                    Radnor, Pennsylvania 19087
                                    Tel: 610-667-7706

                                    *Proposed Lead Counsel for the Class*

*Additional Plaintiffs' Counsel*

**SPECTOR ROSEMAN & KODROFF, P.C.**

Robert M. Roseman (RR-1103)
Andrew D. Abramowitz
David Felderman
Rachel E. Kopp
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Tel.: 215-496-0300

**LABATON SUCHAROW LLP**

Christopher J. Keller
140 Broadway
New York, New York 10005
Tel.: 212)-907-0853

**SAXENA WHITE P.A.**

Maya Saxena
Joseph E. White III
Christopher S. Jones
Lester R. Hooker
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Tel: 561.394.3399