# Exhibit B

Yahoo! My Yahoo! Mail    Make Y! your home page    Search:    Web Search

**Sign In**    Finance Home - Help
New User? Sign Up

**Welcome** [Sign In]    To track stocks & more, Register

**Financial News**

Enter symbol(s)    Basic    Get    Symbol Lookup

**Press Release**    Source: Saxena White P.A.

## Saxena White P.A. Files a Shareholder Suit Against Lehman Brothers Holdings Inc.

Wednesday June 18, 5:14 pm ET

BOCA RATON, FL--(MARKET WIRE)--Jun 18, 2008 -- Notice is hereby given that Saxena White P.A. has filed suit on behalf of shareholders of Lehman Brothers Holdings, Inc. ("Lehman Brothers" or the "Company") (NYSE:LEH - News) in the United States District Court for the Southern District of New York.

The complaint seeks damages for violations of federal securities laws on behalf of all investors who purchased Lehman common stock between September 13, 2006 through June 6, 2008, inclusive (the "Class Period"). Lehman Brothers is an international investment banking firm. Throughout the Class Period, Defendants touted the Company's strong liquidity position, superior risk management policies and stable overall financial prospects despite a difficult environment in the financial services industry. As a result of Defendants' statements, the stock traded as high as $86.18 per share during the Class Period.

The complaint extends a prior Class Period to include the Company's most recent earnings disclosure of June 9, 2008. On this date, prior to the opening of trading on the New York Stock Exchange, the Company stunned the market by reporting a $2.8 billion second quarter loss -- nearly ten times the loss analysts had anticipated and the Company's first reported loss since going public in 1994. Lehman Brothers also announced plans to raise $6 billion in additional capital to help it survive its financial crisis. This news shocked investors as management had issued repeated assurances that the Company was financially strong and its liquidity position solid, even going so far as denying speculation that Lehman Brothers would suffer losses such as this. The stock closed at $29.48 that day, a decline of $2.81, on heavy volume of close to 170 million shares.

You may obtain a copy of the complaint from the Court, by contacting Saxena White P.A. through its website www.saxenawhite.com, by emailing jwhite@saxenawhite.com or gstone@saxenawhite.com, or by calling (561) 394-3399.

If you acquired the common stock of Lehman Brothers Holdings Inc. between September 13, 2006 and June 6, 2008, inclusive, you may wish to contact Joe White or Greg Stone at Saxena White P.A. to discuss your rights and interests.

If you wish to apply to be the lead plaintiff in this action, a motion on your behalf must be filed with the court no later than June 30, 2008. You may contact Saxena White P.A. to discuss your rights regarding the appointment of lead plaintiff and your interest in the class action. Please note that you may also retain counsel of your choice and need not take any action at this time to be a class member.

Saxena White P.A. has offices in Boca Raton, San Francisco, and Boston, and specializes in prosecuting securities fraud and complex class actions on behalf of institutions and individuals. Currently serving as lead counsel in numerous securities fraud class actions nationwide, the firm has recovered millions of dollars on behalf of injured investors and is active in major litigation pending in federal and state courts throughout the United States.

*Contact:*

```
Contact:

Joseph E. White, III
Email Contact

Greg Stone
Email Contact

Saxena White P.A.
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431
Tel: (561) 394-3399
Fax: (561) 394-3382
http://www.saxenawhite.com
```

Source: Saxena White P.A.

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback
Copyright © 2008 Marketwire. All rights reserved. All the news releases provided by Marketwire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.