# Exhibit C

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Joe T. San Agustin, on behalf of Government of Guam Retirement Fund ("GGRF"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.  I am the Chairman of GGRF. I have reviewed a complaint filed in this matter. GGRF has authorized Bernstein Litowitz Berger & Grossmann LLP to file a motion for appointment as lead plaintiff on its behalf.

2.  GGRF did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.  GGRF is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. GGRF fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4.  GGRF's transactions in the Lehman Brothers Holdings Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5.  GGRF has not sought to serve as a lead plaintiff and representative party on behalf of a class in any actions under the federal securities laws filed during the three-year period preceding the date of this Certification.

6.  GGRF will not accept any payment for serving as a representative party on behalf of the Class beyond GGRF's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of June, 2008.

_____
Joe T. San Agustin
Chairman
*Government of Guam Retirement Fund*

**Government of Guam Retirement Fund**
**Transactions in Lehman Brothers Holdings Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 4/25/07 | 10,100 | $75.9549 |
| Purchase | 8/17/07 | 28,000 | $58.1462 |
| Purchase | 8/30/07 | 15,513 | $53.8136 |
| Purchase | 8/30/07 | 1,787 | $53.8179 |
| Purchase | 9/12/07 | 1,127 | $56.1824 |
| Purchase | 9/12/07 | 937 | $56.5551 |
| Purchase | 9/12/07 | 4,107 | $57.2365 |
| Purchase | 9/12/07 | 11,913 | $57.0358 |
| Purchase | 9/13/07 | 8,450 | $59.2097 |
| Purchase | 9/13/07 | 3,972 | $59.6685 |
| Purchase | 9/13/07 | 1,894 | $60.1287 |
| Purchase | 9/14/07 | 1,800 | $59.1293 |
| Purchase | 9/14/07 | 3,300 | $59.1138 |
| Purchase | 9/14/07 | 4,200 | $59.1450 |
| Purchase | 9/17/07 | 1,561 | $58.5981 |
| Purchase | 9/17/07 | 1,237 | $58.4954 |
| Purchase | 9/17/07 | 3,202 | $58.4836 |
| Purchase | 9/18/07 | 27,600 | $61.8347 |
| Purchase | 10/2/07 | 1,000 | $63.6400 |
| Purchase | 10/16/07 | 2,300 | $60.4470 |
| Purchase | 10/31/07 | 30,200 | $62.8792 |
| Purchase | 11/30/07 | 5,200 | $62.4266 |
| Purchase | 12/5/07 | 13,400 | $60.0838 |
| Purchase | 12/13/07 | 26,700 | $61.2758 |
| Purchase | 3/12/08 | 3,100 | $46.0190 |
| Purchase | 3/12/08 | 22,600 | $46.0190 |
| Purchase | 3/14/08 | 11,900 | $41.6838 |
| Purchase | 3/17/08 | 4,900 | $31.5236 |
| Purchase | 3/17/08 | 2,200 | $31.0945 |
| Sale | 7/10/07 | (10,900) | $72.1688 |
| Sale | 7/20/07 | (7,100) | $67.8946 |
| Sale | 7/24/07 | (13,500) | $67.8612 |
| Sale | 7/24/07 | (10,100) | $67.8612 |
| Sale | 11/21/07 | (16,800) | $58.1528 |
| Sale | 11/21/07 | (42,200) | $58.5538 |
| Sale | 2/12/08 | (700) | $57.3841 |
| Sale | 2/12/08 | (1,400) | $58.3440 |
| Sale | 2/12/08 | (6,300) | $56.4098 |
| Sale | 2/12/08 | (1,800) | $57.0276 |
| Sale | 2/13/08 | (4,223) | $55.4942 |
| Sale | 2/13/08 | (3,432) | $54.9141 |
| Sale | 2/13/08 | (845) | $54.7933 |
| Sale | 3/3/08 | (14,600) | $48.9536 |
| Sale | 5/20/08 | (20,500) | $41.5619 |
| Sale | 5/30/08 | (57,000) | $36.7981 |
| Sale | 6/2/08 | (32,700) | $34.0994 |