# Exhibit D

*Spector, Roseman & Kodroff, P.C.*

# CERTIFICATION OF NAMED PLAINTIFF
# PURSUANT TO FEDERAL SECURITIES LAWS

I, David Murphy, as an authorized representative of Northern Ireland Local Government Officers' Superannuation Committee ("NILGOSC") ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiff makes this certification pursuant to Section 101 of the Private Securities Litigation Reform Act of 1995, and as required by Section 21D(a)(2) of Title I of the Securities Exchange Act of 1934.

2. Plaintiff has reviewed the complaint filed in the Lehman Brothers Holdings Inc. action.

3. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action arising under Title I of the Securities Exchange Act of 1934.

4. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. Following is a list of Plaintiff's transactions in Lehman Brothers Holdings Inc. securities that are the subject of this action during the Class Period specified in the Complaint:

*See,* **attached chart.**

*Spector, Roseman & Kodroff, P.C.*

      6.     During the three year period preceding the date of this Certificate, Plaintiff has sought to serve as a representative party on behalf of a class under Title I of the Securities Exchange Act of 1934 for the following actions: **(Please indicate any other class action cases in which you are or have been involved in during the prior three years.)**

      None

      7.     Plaintiff agrees not to accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

      8.     Plaintiff makes this Certification without waiver of any applicable privileges and without waiver of any right to challenge the necessity for, or the constitutionality of, this Certification, or to object to the filing of this Certification on any ground whatsoever.

      I declare under penalty of perjury that the matters stated in this Certification are true to the best of my knowledge, information and belief.

      Executed this 30th day of the month of June, 2008 at Templeton House, Belfast, United Kingdom.

      */s/ David A Murphy*

      **David Murphy**
      **Deputy Secretary**
      On Behalf of NILGOSC

2

*Spector, Roseman & Kodroff, P.C.*

**Northern Ireland Local Government Officers' Superannuation Committee**
**Transactions in Lehman Brothers Holdings Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/2/07 | 1,500 | $ 72.4806 |
| Purchase | 3/2/07 | 2,800 | $ 72.3236 |
| Purchase | 3/2/07 | 3,900 | $ 72.3301 |
| Purchase | 3/5/07 | 500 | $ 71.6450 |
| Purchase | 3/5/07 | 1,600 | $ 71.2161 |
| Purchase | 3/5/07 | 6,800 | $ 71.7503 |
| Purchase | 3/6/07 | 6,300 | $ 73.8148 |
| Purchase | 3/6/07 | 200 | $ 73.2400 |
| Purchase | 3/7/07 | 1,900 | $ 74.1169 |
| Purchase | 3/7/07 | 5,000 | $ 74.1691 |
| Purchase | 3/7/07 | 900 | $ 74.1166 |
| Purchase | 3/8/07 | 7,000 | $ 75.8724 |
| Purchase | 3/8/07 | 1,800 | $ 75.6937 |
| Purchase | 3/9/07 | 5,300 | $ 75.5263 |
| Purchase | 3/9/07 | 600 | $ 75.3340 |
| Purchase | 3/9/07 | 1,000 | $ 75.5400 |
| Purchase | 3/12/07 | 1,600 | $ 74.9565 |
| Purchase | 3/12/07 | 3,400 | $ 75.3878 |
| Purchase | 3/12/07 | 600 | $ 74.9745 |
| Purchase | 3/12/07 | 400 | $ 75.0465 |
| Purchase | 3/13/07 | 15,000 | $ 73.9837 |
| Purchase | 4/3/07 | 5,600 | $ 70.7689 |
| Purchase | 4/4/07 | 5,500 | $ 71.0681 |
| Purchase | 4/5/07 | 1,600 | $ 71.3384 |
| Purchase | 4/5/07 | 1,600 | $ 71.5814 |
| Purchase | 4/9/07 | 4,800 | $ 71.8628 |
| Purchase | 4/10/07 | 1,600 | $ 72.2993 |
| Purchase | 4/10/07 | 2,500 | $ 72.3047 |
| Purchase | 4/11/07 | 2,600 | $ 71.3595 |
| Purchase | 4/11/07 | 1,000 | $ 71.5050 |
| Purchase | 4/11/07 | 4,500 | $ 71.3296 |
| Purchase | 4/11/07 | 500 | $ 71.2915 |
| Purchase | 4/12/07 | 2,600 | $ 71.7009 |
| Purchase | 4/12/07 | 300 | $ 72.2000 |
| Purchase | 4/13/07 | 2,500 | $ 72.1126 |
| Purchase | 4/13/07 | 800 | $ 71.9494 |
| Purchase | 4/13/07 | 200 | $ 71.9980 |
| Purchase | 4/16/07 | 4,500 | $ 75.8471 |
| Purchase | 4/16/07 | 2,200 | $ 76.0135 |
| Purchase | 4/17/07 | 500 | $ 75.8500 |
| Purchase | 4/17/07 | 4,800 | $ 75.9884 |
| Purchase | 4/18/07 | 500 | $ 77.2700 |
| Purchase | 4/18/07 | 6,000 | $ 77.3484 |
| Purchase | 4/18/07 | 200 | $ 77.5200 |

*Spector, Roseman & Kodroff, P.C.*

| **Transaction** | **Date** | **Shares** | **Price** |
|---|---|---|---|
| Purchase | 4/19/07 | 4,800 | $ 77.6049 |
| Purchase | 4/19/07 | 700 | $ 77.8048 |
| Purchase | 4/19/07 | 300 | $ 76.6462 |
| Purchase | 4/19/07 | 200 | $ 77.3950 |
| Purchase | 4/20/07 | 200 | $ 77.7221 |
| Purchase | 4/20/07 | 1,200 | $ 78.0136 |
| Purchase | 4/20/07 | 2,100 | $ 77.7608 |
| Purchase | 6/14/07 | 1,300 | $ 78.3963 |
| Purchase | 6/15/07 | 100 | $ 79.7000 |
| Purchase | 6/15/07 | 1,800 | $ 79.5325 |
| Purchase | 7/23/07 | 700 | $ 68.8859 |
| Purchase | 7/23/07 | 1,300 | $ 68.8910 |
| Purchase | 7/24/07 | 14,400 | $ 66.8957 |
| Purchase | 7/25/07 | 900 | $ 66.6003 |
| Purchase | 7/25/07 | 6,800 | $ 66.9431 |
| Purchase | 7/26/07 | 2,200 | $ 65.6317 |
| Purchase | 8/6/07 | 1,000 | $ 55.9126 |
| Purchase | 8/6/07 | 3,400 | $ 57.5250 |
| Purchase | 8/7/07 | 1,000 | $ 59.7336 |
| Purchase | 8/7/07 | 800 | $ 60.6019 |
| Purchase | 8/7/07 | 2,600 | $ 58.9271 |
| Purchase | 8/7/07 | 1,100 | $ 60.4238 |
| Purchase | 8/8/07 | 600 | $ 63.9056 |
| Purchase | 4/8/08 | 9,300 | $ 44.2043 |
| Purchase | 4/8/08 | 3,900 | $ 44.2186 |
| Purchase | 5/13/08 | 3,400 | $ 42.9663 |
| Purchase | 5/13/08 | 2,000 | $ 43.2472 |
| Purchase | 5/13/08 | 1,300 | $ 42.9184 |
| Purchase | 5/14/08 | 1,500 | $ 43.0512 |
| Purchase | 5/14/08 | 1,000 | $ 43.0361 |
| Purchase | 5/14/08 | 800 | $ 42.7630 |