# Exhibit E

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Alameda County Employees' Retirement Association ("ACERA" or "Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. ACERA did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. ACERA is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Attached in Schedule A are Plaintiff's transactions in Lehman Brothers Holdings, Inc. (NYSE: LEH) securities during the Class Period.

4. ACERA has fully reviewed the facts and allegations of the complaints filed in this action and has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

5. We, Robert L. Gaumer, General Counsel, and Charles Conrad, General Manager, are authorized to make legal decisions on behalf of ACERA.

6. Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class and has retained the law firm of Schiffrin Barroway Topaz & Kessler, LLP, which has extensive experience in securities litigation and in the representation of institutional investors, to represent ACERA in this action.

7. ACERA will endeavor to provide fair and adequate representation and work directly with the efforts of Class counsel to ensure that the largest recovery for the Class consistent with good faith and meritorious judgment is obtained.

8. ACERA is currently serving or has served as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following:

*In re Coca-Cola Enterprises, Inc. Sec. Litig.*, No. 1:06-CV-00275-TWT (N.D. Ga.)

9. Plaintiff has otherwise sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following:

*Mizzaro v. Home Depot, Inc.*, No. 1:06-CV-1151 (ODE) (N.D. Ga.)
*Pappas v. Countrywide Financial Corp, et. al.*, No. CV 07-5295 (ODW) (C.D. Ca.)
*Koresterer v. Washington Mutual, Inc., et al.*, No. 1:07-cv-9801 (S.D.N.Y.)

10. ACERA will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of April, 2008.

Alameda County Employees' Retirement Association

By: _____
Mr. Robert L. Gaumer
*General Counsel*

_____
Mr. Charles Conrad
*General Manager*

ACERA

## SCHEDULE A

| Date | Purchase or Sale | Type of Securities | Number of Securities | Price of Securities |
|---|---|---|---|---|
| 9/25/2006 | Purchase | Com Stk | 1,576 | 71.7376 |
| 9/26/2006 | Purchase | Com Stk | 1,774 | 74.043 |
| 2/6/2007 | Purchase | Com Stk | 2,000 | 85.48 |
| 6/8/2007 | Purchase | Com Stk | 6,000 | 72.8495 |
| 6/8/2007 | Purchase | Com Stk | 6,000 | 72.85 |
| 6/8/2007 | Purchase | Com Stk | 45,500 | 72.9316 |
| 6/26/2007 | Purchase | Com Stk | 4,000 | 74.1361 |
| 6/27/2007 | Purchase | Com Stk | 47,300 | 73.8434 |
| 6/29/2007 | Purchase | Com Stk | 4,000 | 74.5341 |
| 8/28/2007 | Purchase | Com Stk | 24,975 | 54.1516 |
| 8/30/2007 | Purchase | Com Stk | 7,500 | 53.2453 |
| 10/15/2007 | Purchase | Com Stk | 1,701 | 63.7733 |
| 11/1/2007 | Purchase | Com Stk | 10,186 | 60.9745 |
| 3/13/2007 | Sale | Com Stk | 11,782 | 73.6784 |
| 3/13/2007 | Sale | Com Stk | 5,350 | 73.6784 |
| 12/10/2007 | Sale | Com Stk | 11,887 | 65.0919 |
| 5/27/2008 | Short Sale | Com Stk | 18,474 | 36.3952 |