# Exhibit F

## CERTIFICATION

I, Geik Drever, Head of Investments & Pensions of The City of Edinburgh Council on behalf of The Lothian Pension Fund ("Lothian") hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Lothian. I have reviewed a complaint prepared against Lehman Brothers Holdings, Inc. ("Lehman") alleging violations of the federal securities laws;

2. Lothian did not purchase securities of Lehman at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Lothian is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. Lothian's transactions in the securities of Lehman during the class period as reflected in Exhibit A, are attached hereto;

5. Lothian has not sought to serve as a representative party in a class action under the federal securities laws during the last three years, except for the following:

*Smith et al v. Eli Lilly and Company, et al.*, No. 1:07-cv-01310-JBW (E.D.N.Y.) – (*not appointed*)
*Connecticut Retirement v. Amgen Inc et al*, No. 2:07-cv-02536-PSG-PLA (C.D. Cal.) – (*not appointed*)
*Steinberg v. Ericsson LM Tel. Co.*, No. 1:07-cv-09615-RPP (S.D.N.Y.) – (*not appointed*)
*The City of Edinburgh Council on Behalf of the Lothian Pension Fund v. Vodafone Group Public Ltd. Co.*, No. 1:07-cv-09921-PKC (S.D.N.Y.) – (*appointed*)
*The City of Taylor General Employees Retirement System v. Sanofi Aventis*, No. 1:07-cv-10279-GBD (S.D.N.Y.) – (*appointed*)
*Claude A Reese v. Robert A Malone et al*, No. 2:07-cv-07511-RGK-RC (C.D. Cal.) – (*appointed*)

6. Beyond its pro rata share of any recovery, Lothian will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 25 day of June, 2008.

_____
Geik Drever
Head of Investments & Pensions
*The City of Edinburgh Council on behalf of The*
*Lothian Pension Fund*

# EXHIBIT A

## TRANSACTIONS IN
## LEHMAN BROTHERS HOLDINGS, INC.

| ACCOUNT | TRANSACTION TYPE | DATE | No. Of Shares | PRICE PER SHARE | COST/PROCEEDS |
|---|---|---|---|---|---|
| LPFW | Purchase | 20-Nov-07 | 47,400 | $59.38 | ($2,814,612.00) |
| LPFW | Purchase | 20-Nov-07 | 7,700 | $59.26 | ($456,302.00) |
| LPFW | Purchase | 29-Nov-07 | 5,300 | $62.19 | ($329,607.00) |
| LPFW | Purchase | 3-Dec-07 | 10,900 | $61.49 | ($670,241.00) |
| LPFW | Purchase | 7-Dec-07 | 21,600 | $63.67 | ($1,375,272.00) |
| LPFW | Sale | 5-Mar-08 | -48,100 | $49.38 | $2,375,178.00 |
| LPFW | Sale | 6-Mar-08 | -5,700 | $45.84 | $261,288.00 |
| LPFW | Sale | 6-Mar-08 | -6,900 | $45.64 | $314,916.00 |
| LPFW | Purchase | 13-Mar-08 | 10,800 | $44.33 | ($478,764.00) |
| LPFW | Purchase | 18-Mar-08 | 35,900 | $38.46 | ($1,380,714.00) |
| LPFW | Purchase | 19-Mar-08 | 12,900 | $45.73 | ($589,917.00) |
| LPFW | Purchase | 25-Mar-08 | 12,700 | $45.21 | ($574,167.00) |
| LPFW | Purchase | 27-Mar-08 | 14,800 | $40.36 | ($597,328.00) |
| LPFW | Purchase | 31-Mar-08 | 15,300 | $39.03 | ($597,159.00) |
| LPFW | Purchase | 1-Apr-08 | 1,300 | $41.15 | ($53,495.00) |
| LPFW | Sale | 28-Apr-08 | -32,900 | $47.52 | $1,563,408.00 |
| LPFW | Purchase | 23-May-08 | 45,100 | $36.24 | ($1,634,424.00) |