# Exhibit H

**Government of Guam Retirement Fund**

**FIFO Losses in Lehman Brothers Holdings Inc. (LEH)**

Class Period: 9/13/06 - 6/6/08

Retained Share Price: $24.4619 (6/9/08 - 6/30/08)

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| *Opening balance:* | | 31,500 | | | | Sale | 7/10/07 | (10,900) | $ 72.1688 | $ (786,639.92) |
| | | | | | | Sale | 7/20/07 | (7,100) | $ 67.8946 | $ (482,051.66) |
| | | | | | | Sale | 7/24/07 | (13,500) | $ 67.8612 | $ (916,126.20) |
| | | | | | | | | (31,500) | | $ (2,184,817.78) |
| | | | | | | | | *Sales offsetting opening balance* | | |
| Purchase | 4/25/07 | 10,100 | $ 75.9549 | $ 767,144.49 | | | | | | |
| Purchase | 8/17/07 | 28,000 | $ 58.1462 | $ 1,628,093.60 | | | | | | |
| Purchase | 8/30/07 | 15,513 | $ 53.8136 | $ 834,810.38 | | | | | | |
| Purchase | 8/30/07 | 1,787 | $ 53.8179 | $ 96,172.59 | | | | | | |
| Purchase | 9/12/07 | 1,127 | $ 56.1824 | $ 63,317.56 | | | | | | |
| Purchase | 9/12/07 | 937 | $ 56.5551 | $ 52,992.13 | | | | | | |
| Purchase | 9/12/07 | 4,107 | $ 57.2365 | $ 235,070.31 | | | | | | |
| Purchase | 9/12/07 | 11,913 | $ 57.0358 | $ 679,467.49 | | | | | | |
| Purchase | 9/13/07 | 8,450 | $ 59.2097 | $ 500,321.97 | | | | | | |
| Purchase | 9/13/07 | 3,972 | $ 59.6685 | $ 237,003.28 | | | | | | |
| Purchase | 9/13/07 | 1,894 | $ 60.1287 | $ 113,883.76 | | | | | | |
| Purchase | 9/14/07 | 1,800 | $ 59.1293 | $ 106,432.74 | | Sale | 7/24/07 | (10,100) | $ 67.8612 | $ (685,398.12) |
| Purchase | 9/14/07 | 3,300 | $ 59.1138 | $ 195,075.54 | | Sale | 11/21/07 | (16,800) | $ 58.1528 | $ (976,967.04) |
| Purchase | 9/14/07 | 4,200 | $ 59.1450 | $ 248,409.00 | | Sale | 11/21/07 | (42,200) | $ 58.5538 | $ (2,470,970.36) |
| Purchase | 9/17/07 | 1,561 | $ 58.5981 | $ 91,471.63 | | Sale | 2/12/08 | (700) | $ 57.3841 | $ (40,168.87) |
| Purchase | 9/17/07 | 1,237 | $ 58.4954 | $ 72,358.81 | | Sale | 2/12/08 | (1,400) | $ 58.3440 | $ (81,681.60) |
| Purchase | 9/17/07 | 3,202 | $ 58.4836 | $ 187,264.49 | | Sale | 2/12/08 | (6,300) | $ 56.4098 | $ (355,381.74) |
| Purchase | 9/18/07 | 27,600 | $ 61.8347 | $ 1,706,637.72 | | Sale | 2/12/08 | (1,800) | $ 57.0276 | $ (102,649.68) |
| Purchase | 10/2/07 | 1,000 | $ 63.6400 | $ 63,640.00 | | Sale | 2/13/08 | (4,223) | $ 55.4942 | $ (234,352.01) |
| Purchase | 10/16/07 | 2,300 | $ 60.4470 | $ 139,028.10 | | Sale | 2/13/08 | (3,432) | $ 54.9141 | $ (188,465.19) |
| Purchase | 10/31/07 | 30,200 | $ 62.8792 | $ 1,898,951.84 | | Sale | 2/13/08 | (845) | $ 54.7933 | $ (46,300.34) |
| Purchase | 11/30/07 | 5,200 | $ 62.4266 | $ 324,618.32 | | Sale | 3/3/08 | (14,600) | $ 48.9536 | $ (714,722.56) |
| Purchase | 12/5/07 | 13,400 | $ 60.0838 | $ 805,122.92 | | Sale | 5/20/08 | (20,500) | $ 41.5619 | $ (852,018.95) |
| Purchase | 12/13/07 | 26,700 | $ 61.2758 | $ 1,636,063.86 | | Sale | 5/30/08 | (57,000) | $ 36.7981 | $ (2,097,491.70) |
| Purchase | 3/12/08 | 3,100 | $ 46.0190 | $ 142,658.90 | | Sale | 6/2/08 | (32,700) | $ 34.0994 | $ (1,115,050.38) |
| | | 212,600 | | $ 12,826,011.41 | | | | (212,600) | | $ (9,961,618.54) |
| | | | | | | | | | *Loss on class period sales:* | $ (2,864,392.88) |

**Government of Guam Retirement Fund**

**FIFO Losses in Lehman Brothers Holdings Inc. (LEH)**

Class Period: 9/13/06 - 6/6/08

Retained Share Price: $24.4619 (6/9/08 - 6/30/08)

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/12/08 | 22,600 | $ 46.0190 | $ 1,040,029.40 | | | | | | |
| Purchase | 3/14/08 | 11,900 | $ 41.6838 | $ 496,037.22 | | | | | | |
| Purchase | 3/17/08 | 4,900 | $ 31.5236 | $ 154,465.64 | | | | | | |
| Purchase | 3/17/08 | 2,200 | $ 31.0945 | $ 68,407.90 | | Sale* | 6/11/08 | (41,600) | $ 26.9100 | $ (1,119,456.00) |
| | | 41,600 | | $ 1,758,940.16 | | | | (41,600) | | **$ (1,119,456.00)** |
| | | | | | | | | | *Loss on post class period sales:* | $ (639,484.16) |
| | | | | | | | | | **TOTAL FIFO LOSS:** | **$ (3,503,877.04)** |

**Shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the sale.*

**Government of Guam Retirement Fund**

**LIFO Losses in Lehman Brothers Holdings Inc. (LEH)**

Class Period: 9/13/06 - 6/6/08

Retained Share Price: $24.4619 (6/9/08 - 6/30/08)

| Transactior | Date | Shares | Price | Cost | Retained Share Price | Transactior | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| *Opening balance:* | | 31,500 | | | | Sale | 7/10/07 | (800) | $ 72.1688 | $ (57,735.04) |
| | | | | | | Sale | 7/20/07 | (7,100) | $ 67.8946 | $ (482,051.66) |
| | | | | | | Sale | 7/24/07 | (13,500) | $ 67.8612 | $ (916,126.20) |
| | | | | | | Sale | 7/24/07 | (10,100) | $ 67.8612 | $ (685,398.12) |
| Purchase | 4/25/07 | 10,100 | $ 75.9549 | $ 767,144.49 | | | | | | |
| Purchase | 8/17/07 | 28,000 | $ 58.1462 | $ 1,628,093.60 | | | | | | |
| Purchase | 8/30/07 | 15,513 | $ 53.8136 | $ 834,810.38 | | | | | | |
| Purchase | 8/30/07 | 1,787 | $ 53.8179 | $ 96,172.59 | | | | | | |
| Purchase | 9/12/07 | 1,127 | $ 56.1824 | $ 63,317.56 | | | | | | |
| Purchase | 9/12/07 | 937 | $ 56.5551 | $ 52,992.13 | | | | | | |
| Purchase | 9/12/07 | 4,107 | $ 57.2365 | $ 235,070.31 | | | | | | |
| Purchase | 9/12/07 | 11,913 | $ 57.0358 | $ 679,467.49 | | | | | | |
| Purchase | 9/13/07 | 8,450 | $ 59.2097 | $ 500,321.97 | | | | | | |
| Purchase | 9/13/07 | 3,972 | $ 59.6685 | $ 237,003.28 | | | | | | |
| Purchase | 9/13/07 | 1,894 | $ 60.1287 | $ 113,883.76 | | | | | | |
| Purchase | 9/14/07 | 1,800 | $ 59.1293 | $ 106,432.74 | | | | | | |
| Purchase | 9/14/07 | 3,300 | $ 59.1138 | $ 195,075.54 | | | | | | |
| Purchase | 9/14/07 | 4,200 | $ 59.1450 | $ 248,409.00 | | | | | | |
| Purchase | 9/17/07 | 1,561 | $ 58.5981 | $ 91,471.63 | | | | | | |
| Purchase | 9/17/07 | 1,237 | $ 58.4954 | $ 72,358.81 | | | | | | |
| Purchase | 9/17/07 | 3,202 | $ 58.4836 | $ 187,264.49 | | Sale | 7/10/07 | (10,100) | $ 72.1688 | $ (728,904.88) |
| Purchase | 9/18/07 | 19,800 | $ 61.8347 | $ 1,224,327.06 | | Sale | 11/21/07 | (16,800) | $ 58.1528 | $ (976,967.04) |
| Purchase | 9/18/07 | 7,800 | $ 61.8347 | $ 482,310.66 | | Sale | 11/21/07 | (42,200) | $ 58.5538 | $ (2,470,970.36) |
| Purchase | 10/2/07 | 1,000 | $ 63.6400 | $ 63,640.00 | | Sale | 2/13/08 | (4,223) | $ 55.4942 | $ (234,352.01) |
| Purchase | 10/16/07 | 2,300 | $ 60.4470 | $ 139,028.10 | | Sale | 2/13/08 | (3,432) | $ 54.9141 | $ (188,465.19) |
| Purchase | 10/31/07 | 21,600 | $ 62.8792 | $ 1,358,190.72 | | Sale | 2/13/08 | (845) | $ 54.7933 | $ (46,300.34) |
| Purchase | 10/31/07 | 8,600 | $ 62.8792 | $ 540,761.12 | | Sale | 2/12/08 | (700) | $ 57.3841 | $ (40,168.87) |
| Purchase | 11/30/07 | 5,200 | $ 62.4266 | $ 324,618.32 | | Sale | 2/12/08 | (1,400) | $ 58.3440 | $ (81,681.60) |
| Purchase | 12/5/07 | 13,400 | $ 60.0838 | $ 805,122.92 | | Sale | 2/12/08 | (6,300) | $ 56.4098 | $ (355,381.74) |
| Purchase | 12/13/07 | 14,400 | $ 61.2758 | $ 882,371.52 | | Sale | 2/12/08 | (1,800) | $ 57.0276 | $ (102,649.68) |
| Purchase | 12/13/07 | 12,300 | $ 61.2758 | $ 753,692.34 | | Sale | 3/3/08 | (14,600) | $ 48.9536 | $ (714,722.56) |
| Purchase | 3/12/08 | 25,700 | $ 46.0190 | $ 1,182,688.30 | | Sale | 5/20/08 | (20,500) | $ 41.5619 | $ (852,018.95) |
| Purchase | 3/14/08 | 11,900 | $ 41.6838 | $ 496,037.22 | | Sale | 5/30/08 | (57,000) | $ 36.7981 | $ (2,097,491.70) |
| Purchase | 3/17/08 | 4,900 | $ 31.5236 | $ 154,465.64 | | Sale | 6/2/08 | (32,700) | $ 34.0994 | $ (1,115,050.38) |

**Government of Guam Retirement Fund**

**LIFO Losses in Lehman Brothers Holdings Inc. (LEH)**

Class Period: 9/13/06 - 6/6/08

Retained Share Price: $24.4619 (6/9/08 - 6/30/08)

| Transaction | Date | Shares | | Price | | Cost | Retained Share Price | Transaction | Date | Shares | | Price | | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/17/08 | 2,200 | $ | 31.0945 | $ | 68,407.90 | | Sale* | 6/11/08 | (41,600) | $ | 26.9100 | $ | (1,119,456.00) |
| | | 254,200 | | | $ | 14,584,951.57 | | | | (254,200) | | | $ | (11,124,581.30) |

**TOTAL LIFO LOSS: $ (3,460,370.28)**

**Shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the sale.*

**Northern Ireland Local Government Officers' Superannuation Committee**
**FIFO Losses in Lehman Brothers Holdings Inc. (LEH)**

Class Period: 9/13/06 - 6/6/08
Retained share price: $24.4619 (6/9/08 - 6/30/08)

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Opening balance:* | - | | | | | | | | |
| Buy | 3/2/2007 | 1,500 | $ 72.4806 | $ 108,720.90 | $ 24.4619 | | | | | $ (72,028.05) |
| Buy | 3/2/2007 | 2,800 | $ 72.3236 | $ 202,506.08 | $ 24.4619 | | | | | $ (134,012.76) |
| Buy | 3/2/2007 | 3,900 | $ 72.3301 | $ 282,087.39 | $ 24.4619 | | | | | $ (186,685.98) |
| Buy | 3/5/2007 | 500 | $ 71.6450 | $ 35,822.50 | $ 24.4619 | | | | | $ (23,591.55) |
| Buy | 3/5/2007 | 1,600 | $ 71.2161 | $ 113,945.76 | $ 24.4619 | | | | | $ (74,806.72) |
| Buy | 3/5/2007 | 6,800 | $ 71.7503 | $ 487,902.04 | $ 24.4619 | | | | | $ (321,561.12) |
| Buy | 3/6/2007 | 6,300 | $ 73.8148 | $ 465,033.24 | $ 24.4619 | | | | | $ (310,923.27) |
| Buy | 3/6/2007 | 200 | $ 73.2400 | $ 14,648.00 | $ 24.4619 | | | | | $ (9,755.62) |
| Buy | 3/7/2007 | 1,900 | $ 74.1169 | $ 140,822.11 | $ 24.4619 | | | | | $ (94,344.50) |
| Buy | 3/7/2007 | 5,000 | $ 74.1691 | $ 370,845.50 | $ 24.4619 | | | | | $ (248,536.00) |
| Buy | 3/7/2007 | 900 | $ 74.1166 | $ 66,704.94 | $ 24.4619 | | | | | $ (44,689.23) |
| Buy | 3/8/2007 | 7,000 | $ 75.8724 | $ 531,106.80 | $ 24.4619 | | | | | $ (359,873.50) |
| Buy | 3/8/2007 | 1,800 | $ 75.6937 | $ 136,248.66 | $ 24.4619 | | | | | $ (92,217.24) |
| Buy | 3/9/2007 | 5,300 | $ 75.5263 | $ 400,289.39 | $ 24.4619 | | | | | $ (270,641.32) |
| Buy | 3/9/2007 | 600 | $ 75.3340 | $ 45,200.40 | $ 24.4619 | | | | | $ (30,523.26) |
| Buy | 3/9/2007 | 1,000 | $ 75.5400 | $ 75,540.00 | $ 24.4619 | | | | | $ (51,078.10) |
| Buy | 3/12/2007 | 1,600 | $ 74.9565 | $ 119,930.40 | $ 24.4619 | | | | | $ (80,791.36) |
| Buy | 3/12/2007 | 3,400 | $ 75.3878 | $ 256,318.52 | $ 24.4619 | | | | | $ (173,148.06) |
| Buy | 3/12/2007 | 600 | $ 74.9745 | $ 44,984.70 | $ 24.4619 | | | | | $ (30,307.56) |
| Buy | 3/12/2007 | 400 | $ 75.0465 | $ 30,018.60 | $ 24.4619 | | | | | $ (20,233.84) |
| Buy | 3/13/2007 | 15,000 | $ 73.9837 | $ 1,109,755.50 | $ 24.4619 | | | | | $ (742,827.00) |
| Buy | 4/3/2007 | 5,600 | $ 70.7689 | $ 396,305.84 | $ 24.4619 | | | | | $ (259,319.20) |
| Buy | 4/4/2007 | 5,500 | $ 71.0681 | $ 390,874.55 | $ 24.4619 | | | | | $ (256,334.10) |
| Buy | 4/5/2007 | 1,600 | $ 71.3384 | $ 114,141.44 | $ 24.4619 | | | | | $ (75,002.40) |
| Buy | 4/5/2007 | 1,600 | $ 71.5814 | $ 114,530.24 | $ 24.4619 | | | | | $ (75,391.20) |
| Buy | 4/9/2007 | 4,800 | $ 71.8628 | $ 344,941.44 | $ 24.4619 | | | | | $ (227,524.32) |
| Buy | 4/10/2007 | 1,600 | $ 72.2993 | $ 115,678.88 | $ 24.4619 | | | | | $ (76,539.84) |
| Buy | 4/10/2007 | 2,500 | $ 72.3047 | $ 180,761.75 | $ 24.4619 | | | | | $ (119,607.00) |
| Buy | 4/11/2007 | 2,600 | $ 71.3595 | $ 185,534.70 | $ 24.4619 | | | | | $ (121,933.76) |
| Buy | 4/11/2007 | 1,000 | $ 71.5050 | $ 71,505.00 | $ 24.4619 | | | | | $ (47,043.10) |
| Buy | 4/11/2007 | 4,500 | $ 71.3296 | $ 320,983.20 | $ 24.4619 | | | | | $ (210,904.65) |
| Buy | 4/11/2007 | 500 | $ 71.2915 | $ 35,645.75 | $ 24.4619 | | | | | $ (23,414.80) |
| Buy | 4/12/2007 | 2,600 | $ 71.7009 | $ 186,422.34 | $ 24.4619 | | | | | $ (122,821.40) |
| Buy | 4/12/2007 | 300 | $ 72.2000 | $ 21,660.00 | $ 24.4619 | | | | | $ (14,321.43) |

**Northern Ireland Local Government Officers' Superannuation Committee**
**FIFO Losses in Lehman Brothers Holdings Inc. (LEH)**
Class Period: 9/13/06 - 6/6/08
Retained share price: $24.4619 (6/9/08 - 6/30/08)

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Buy | 4/13/2007 | 2,500 | $ 72.1126 | $ 180,281.50 | $ 24.4619 | | | | | $ (119,126.75) |
| Buy | 4/13/2007 | 800 | $ 71.9494 | $ 57,559.52 | $ 24.4619 | | | | | $ (37,990.00) |
| Buy | 4/13/2007 | 200 | $ 71.9980 | $ 14,399.60 | $ 24.4619 | | | | | $ (9,507.22) |
| Buy | 4/16/2007 | 4,500 | $ 75.8471 | $ 341,311.95 | $ 24.4619 | | | | | $ (231,233.40) |
| Buy | 4/16/2007 | 2,200 | $ 76.0135 | $ 167,229.70 | $ 24.4619 | | | | | $ (113,413.52) |
| Buy | 4/17/2007 | 500 | $ 75.8500 | $ 37,925.00 | $ 24.4619 | | | | | $ (25,694.05) |
| Buy | 4/17/2007 | 4,800 | $ 75.9884 | $ 364,744.32 | $ 24.4619 | | | | | $ (247,327.20) |
| Buy | 4/18/2007 | 500 | $ 77.2700 | $ 38,635.00 | $ 24.4619 | | | | | $ (26,404.05) |
| Buy | 4/18/2007 | 6,000 | $ 77.3484 | $ 464,090.40 | $ 24.4619 | | | | | $ (317,319.00) |
| Buy | 4/18/2007 | 200 | $ 77.5200 | $ 15,504.00 | $ 24.4619 | | | | | $ (10,611.62) |
| Buy | 4/19/2007 | 4,800 | $ 77.6049 | $ 372,503.52 | $ 24.4619 | | | | | $ (255,086.40) |
| Buy | 4/19/2007 | 700 | $ 77.8048 | $ 54,463.36 | $ 24.4619 | | | | | $ (37,340.03) |
| Buy | 4/19/2007 | 300 | $ 76.6462 | $ 22,993.86 | $ 24.4619 | | | | | $ (15,655.29) |
| Buy | 4/19/2007 | 200 | $ 77.3950 | $ 15,479.00 | $ 24.4619 | | | | | $ (10,586.62) |
| Buy | 4/20/2007 | 200 | $ 77.7221 | $ 15,544.42 | $ 24.4619 | | | | | $ (10,652.04) |
| Buy | 4/20/2007 | 1,200 | $ 78.0136 | $ 93,616.32 | $ 24.4619 | | | | | $ (64,262.04) |
| Buy | 4/20/2007 | 2,100 | $ 77.7608 | $ 163,297.68 | $ 24.4619 | | | | | $ (111,927.69) |
| Buy | 6/14/2007 | 1,300 | $ 78.3963 | $ 101,915.19 | $ 24.4619 | | | | | $ (70,114.72) |
| Buy | 6/15/2007 | 100 | $ 79.7000 | $ 7,970.00 | $ 24.4619 | | | | | $ (5,523.81) |
| Buy | 6/15/2007 | 1,800 | $ 79.5325 | $ 143,158.50 | $ 24.4619 | | | | | $ (99,127.08) |
| Buy | 7/23/2007 | 700 | $ 68.8859 | $ 48,220.13 | $ 24.4619 | | | | | $ (31,096.80) |
| Buy | 7/23/2007 | 1,300 | $ 68.8910 | $ 89,558.30 | $ 24.4619 | | | | | $ (57,757.83) |
| Buy | 7/24/2007 | 14,400 | $ 66.8957 | $ 963,298.08 | $ 24.4619 | | | | | $ (611,046.72) |
| Buy | 7/25/2007 | 900 | $ 66.6003 | $ 59,940.27 | $ 24.4619 | | | | | $ (37,924.56) |
| Buy | 7/25/2007 | 6,800 | $ 66.9431 | $ 455,213.08 | $ 24.4619 | | | | | $ (288,872.16) |
| Buy | 7/26/2007 | 2,200 | $ 65.6317 | $ 144,389.74 | $ 24.4619 | | | | | $ (90,573.56) |
| Buy | 8/6/2007 | 1,000 | $ 55.9126 | $ 55,912.60 | $ 24.4619 | | | | | $ (31,450.70) |
| Buy | 8/6/2007 | 3,400 | $ 57.5250 | $ 195,585.00 | $ 24.4619 | | | | | $ (112,414.54) |
| Buy | 8/7/2007 | 1,000 | $ 59.7336 | $ 59,733.60 | $ 24.4619 | | | | | $ (35,271.70) |
| Buy | 8/7/2007 | 800 | $ 60.6019 | $ 48,481.52 | $ 24.4619 | | | | | $ (28,912.00) |
| Buy | 8/7/2007 | 2,600 | $ 58.9271 | $ 153,210.46 | $ 24.4619 | | | | | $ (89,609.52) |
| Buy | 8/7/2007 | 1,100 | $ 60.4238 | $ 66,466.18 | $ 24.4619 | | | | | $ (39,558.09) |
| Buy | 8/8/2007 | 600 | $ 63.9056 | $ 38,343.36 | $ 24.4619 | | | | | $ (23,666.22) |
| Buy | 4/8/2008 | 9,300 | $ 44.2043 | $ 411,099.99 | $ 24.4619 | | | | | $ (183,604.32) |
| Buy | 4/8/2008 | 3,900 | $ 44.2186 | $ 172,452.54 | $ 24.4619 | | | | | $ (77,051.13) |
| Buy | 5/13/2008 | 3,400 | $ 42.9663 | $ 146,085.42 | $ 24.4619 | | | | | $ (62,914.96) |

**Northern Ireland Local Government Officers' Superannuation Committee**
**FIFO Losses in Lehman Brothers Holdings Inc. (LEH)**
Class Period: 9/13/06 - 6/6/08
Retained share price: $24.4619 (6/9/08 - 6/30/08)

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Buy | 5/13/2008 | 2,000 | $ 43.2472 | $ 86,494.40 | $ 24.4619 | | | | | $ (37,570.60) |
| Buy | 5/13/2008 | 1,300 | $ 42.9184 | $ 55,793.92 | $ 24.4619 | | | | | $ (23,993.45) |
| Buy | 5/14/2008 | 1,500 | $ 43.0512 | $ 64,576.80 | $ 24.4619 | | | | | $ (27,883.95) |
| Buy | 5/14/2008 | 1,000 | $ 43.0361 | $ 43,036.10 | $ 24.4619 | | | | | $ (18,574.20) |
| Buy | 5/14/2008 | 800 | $ 42.7630 | $ 34,210.40 | $ 24.4619 | | | | | $ (14,640.88) |
| | | 197,700 | | $ 13,582,141.29 | | | | | *Loss on retained shares:* | $ (8,746,023.66) |
| | | | | | | | | | **TOTAL FIFO LOSS:** | **$ (8,746,023.66)** |

**Northern Ireland Local Government Officers' Superannuation Committee**
**LIFO Losses in Lehman Brothers Holdings Inc. (LEH)**
Class Period: 9/13/06 - 6/6/08
Retained share price: $24.4619 (6/9/08 - 6/30/08)

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Opening balance:* | - | | | | | | | | |
| Buy | 3/2/2007 | 1,500 | $ 72.4806 | $ 108,720.90 | $ 24.4619 | | | | | $ (72,028.05) |
| Buy | 3/2/2007 | 2,800 | $ 72.3236 | $ 202,506.08 | $ 24.4619 | | | | | $ (134,012.76) |
| Buy | 3/2/2007 | 3,900 | $ 72.3301 | $ 282,087.39 | $ 24.4619 | | | | | $ (186,685.98) |
| Buy | 3/5/2007 | 500 | $ 71.6450 | $ 35,822.50 | $ 24.4619 | | | | | $ (23,591.55) |
| Buy | 3/5/2007 | 1,600 | $ 71.2161 | $ 113,945.76 | $ 24.4619 | | | | | $ (74,806.72) |
| Buy | 3/5/2007 | 6,800 | $ 71.7503 | $ 487,902.04 | $ 24.4619 | | | | | $ (321,561.12) |
| Buy | 3/6/2007 | 6,300 | $ 73.8148 | $ 465,033.24 | $ 24.4619 | | | | | $ (310,923.27) |
| Buy | 3/6/2007 | 200 | $ 73.2400 | $ 14,648.00 | $ 24.4619 | | | | | $ (9,755.62) |
| Buy | 3/7/2007 | 1,900 | $ 74.1169 | $ 140,822.11 | $ 24.4619 | | | | | $ (94,344.50) |
| Buy | 3/7/2007 | 5,000 | $ 74.1691 | $ 370,845.50 | $ 24.4619 | | | | | $ (248,536.00) |
| Buy | 3/7/2007 | 900 | $ 74.1166 | $ 66,704.94 | $ 24.4619 | | | | | $ (44,689.23) |
| Buy | 3/8/2007 | 7,000 | $ 75.8724 | $ 531,106.80 | $ 24.4619 | | | | | $ (359,873.50) |
| Buy | 3/8/2007 | 1,800 | $ 75.6937 | $ 136,248.66 | $ 24.4619 | | | | | $ (92,217.24) |
| Buy | 3/9/2007 | 5,300 | $ 75.5263 | $ 400,289.39 | $ 24.4619 | | | | | $ (270,641.32) |
| Buy | 3/9/2007 | 600 | $ 75.3340 | $ 45,200.40 | $ 24.4619 | | | | | $ (30,523.26) |
| Buy | 3/9/2007 | 1,000 | $ 75.5400 | $ 75,540.00 | $ 24.4619 | | | | | $ (51,078.10) |
| Buy | 3/12/2007 | 1,600 | $ 74.9565 | $ 119,930.40 | $ 24.4619 | | | | | $ (80,791.36) |
| Buy | 3/12/2007 | 3,400 | $ 75.3878 | $ 256,318.52 | $ 24.4619 | | | | | $ (173,148.06) |
| Buy | 3/12/2007 | 600 | $ 74.9745 | $ 44,984.70 | $ 24.4619 | | | | | $ (30,307.56) |
| Buy | 3/12/2007 | 400 | $ 75.0465 | $ 30,018.60 | $ 24.4619 | | | | | $ (20,233.84) |
| Buy | 3/13/2007 | 15,000 | $ 73.9837 | $ 1,109,755.50 | $ 24.4619 | | | | | $ (742,827.00) |
| Buy | 4/3/2007 | 5,600 | $ 70.7689 | $ 396,305.84 | $ 24.4619 | | | | | $ (259,319.20) |
| Buy | 4/4/2007 | 5,500 | $ 71.0681 | $ 390,874.55 | $ 24.4619 | | | | | $ (256,334.10) |
| Buy | 4/5/2007 | 1,600 | $ 71.3384 | $ 114,141.44 | $ 24.4619 | | | | | $ (75,002.40) |
| Buy | 4/5/2007 | 1,600 | $ 71.5814 | $ 114,530.24 | $ 24.4619 | | | | | $ (75,391.20) |
| Buy | 4/9/2007 | 4,800 | $ 71.8628 | $ 344,941.44 | $ 24.4619 | | | | | $ (227,524.32) |
| Buy | 4/10/2007 | 1,600 | $ 72.2993 | $ 115,678.88 | $ 24.4619 | | | | | $ (76,539.84) |
| Buy | 4/10/2007 | 2,500 | $ 72.3047 | $ 180,761.75 | $ 24.4619 | | | | | $ (119,607.00) |
| Buy | 4/11/2007 | 2,600 | $ 71.3595 | $ 185,534.70 | $ 24.4619 | | | | | $ (121,933.76) |
| Buy | 4/11/2007 | 1,000 | $ 71.5050 | $ 71,505.00 | $ 24.4619 | | | | | $ (47,043.10) |
| Buy | 4/11/2007 | 4,500 | $ 71.3296 | $ 320,983.20 | $ 24.4619 | | | | | $ (210,904.65) |
| Buy | 4/11/2007 | 500 | $ 71.2915 | $ 35,645.75 | $ 24.4619 | | | | | $ (23,414.80) |
| Buy | 4/12/2007 | 2,600 | $ 71.7009 | $ 186,422.34 | $ 24.4619 | | | | | $ (122,821.40) |
| Buy | 4/12/2007 | 300 | $ 72.2000 | $ 21,660.00 | $ 24.4619 | | | | | $ (14,321.43) |

**Northern Ireland Local Government Officers' Superannuation Committee**
**LIFO Losses in Lehman Brothers Holdings Inc. (LEH)**
Class Period: 9/13/06 - 6/6/08
Retained share price: $24.4619 (6/9/08 - 6/30/08)

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Buy | 4/13/2007 | 2,500 | $ 72.1126 | $ 180,281.50 | $ 24.4619 | | | | | $ (119,126.75) |
| Buy | 4/13/2007 | 800 | $ 71.9494 | $ 57,559.52 | $ 24.4619 | | | | | $ (37,990.00) |
| Buy | 4/13/2007 | 200 | $ 71.9980 | $ 14,399.60 | $ 24.4619 | | | | | $ (9,507.22) |
| Buy | 4/16/2007 | 4,500 | $ 75.8471 | $ 341,311.95 | $ 24.4619 | | | | | $ (231,233.40) |
| Buy | 4/16/2007 | 2,200 | $ 76.0135 | $ 167,229.70 | $ 24.4619 | | | | | $ (113,413.52) |
| Buy | 4/17/2007 | 500 | $ 75.8500 | $ 37,925.00 | $ 24.4619 | | | | | $ (25,694.05) |
| Buy | 4/17/2007 | 4,800 | $ 75.9884 | $ 364,744.32 | $ 24.4619 | | | | | $ (247,327.20) |
| Buy | 4/18/2007 | 500 | $ 77.2700 | $ 38,635.00 | $ 24.4619 | | | | | $ (26,404.05) |
| Buy | 4/18/2007 | 6,000 | $ 77.3484 | $ 464,090.40 | $ 24.4619 | | | | | $ (317,319.00) |
| Buy | 4/18/2007 | 200 | $ 77.5200 | $ 15,504.00 | $ 24.4619 | | | | | $ (10,611.62) |
| Buy | 4/19/2007 | 4,800 | $ 77.6049 | $ 372,503.52 | $ 24.4619 | | | | | $ (255,086.40) |
| Buy | 4/19/2007 | 700 | $ 77.8048 | $ 54,463.36 | $ 24.4619 | | | | | $ (37,340.03) |
| Buy | 4/19/2007 | 300 | $ 76.6462 | $ 22,993.86 | $ 24.4619 | | | | | $ (15,655.29) |
| Buy | 4/19/2007 | 200 | $ 77.3950 | $ 15,479.00 | $ 24.4619 | | | | | $ (10,586.62) |
| Buy | 4/20/2007 | 200 | $ 77.7221 | $ 15,544.42 | $ 24.4619 | | | | | $ (10,652.04) |
| Buy | 4/20/2007 | 1,200 | $ 78.0136 | $ 93,616.32 | $ 24.4619 | | | | | $ (64,262.04) |
| Buy | 4/20/2007 | 2,100 | $ 77.7608 | $ 163,297.68 | $ 24.4619 | | | | | $ (111,927.69) |
| Buy | 6/14/2007 | 1,300 | $ 78.3963 | $ 101,915.19 | $ 24.4619 | | | | | $ (70,114.72) |
| Buy | 6/15/2007 | 100 | $ 79.7000 | $ 7,970.00 | $ 24.4619 | | | | | $ (5,523.81) |
| Buy | 6/15/2007 | 1,800 | $ 79.5325 | $ 143,158.50 | $ 24.4619 | | | | | $ (99,127.08) |
| Buy | 7/23/2007 | 700 | $ 68.8859 | $ 48,220.13 | $ 24.4619 | | | | | $ (31,096.80) |
| Buy | 7/23/2007 | 1,300 | $ 68.8910 | $ 89,558.30 | $ 24.4619 | | | | | $ (57,757.83) |
| Buy | 7/24/2007 | 14,400 | $ 66.8957 | $ 963,298.08 | $ 24.4619 | | | | | $ (611,046.72) |
| Buy | 7/25/2007 | 900 | $ 66.6003 | $ 59,940.27 | $ 24.4619 | | | | | $ (37,924.56) |
| Buy | 7/25/2007 | 6,800 | $ 66.9431 | $ 455,213.08 | $ 24.4619 | | | | | $ (288,872.16) |
| Buy | 7/26/2007 | 2,200 | $ 65.6317 | $ 144,389.74 | $ 24.4619 | | | | | $ (90,573.56) |
| Buy | 8/6/2007 | 1,000 | $ 55.9126 | $ 55,912.60 | $ 24.4619 | | | | | $ (31,450.70) |
| Buy | 8/6/2007 | 3,400 | $ 57.5250 | $ 195,585.00 | $ 24.4619 | | | | | $ (112,414.54) |
| Buy | 8/7/2007 | 1,000 | $ 59.7336 | $ 59,733.60 | $ 24.4619 | | | | | $ (35,271.70) |
| Buy | 8/7/2007 | 800 | $ 60.6019 | $ 48,481.52 | $ 24.4619 | | | | | $ (28,912.00) |
| Buy | 8/7/2007 | 2,600 | $ 58.9271 | $ 153,210.46 | $ 24.4619 | | | | | $ (89,609.52) |
| Buy | 8/7/2007 | 1,100 | $ 60.4238 | $ 66,466.18 | $ 24.4619 | | | | | $ (39,558.09) |
| Buy | 8/8/2007 | 600 | $ 63.9056 | $ 38,343.36 | $ 24.4619 | | | | | $ (23,666.22) |
| Buy | 4/8/2008 | 9,300 | $ 44.2043 | $ 411,099.99 | $ 24.4619 | | | | | $ (183,604.32) |
| Buy | 4/8/2008 | 3,900 | $ 44.2186 | $ 172,452.54 | $ 24.4619 | | | | | $ (77,051.13) |
| Buy | 5/13/2008 | 3,400 | $ 42.9663 | $ 146,085.42 | $ 24.4619 | | | | | $ (62,914.96) |

**Northern Ireland Local Government Officers' Superannuation Committee**
**LIFO Losses in Lehman Brothers Holdings Inc. (LEH)**

Class Period: 9/13/06 - 6/6/08
Retained share price: $24.4619 (6/9/08 - 6/30/08)

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Buy | 5/13/2008 | 2,000 | $ 43.2472 | $ 86,494.40 | $ 24.4619 | | | | | $ (37,570.60) |
| Buy | 5/13/2008 | 1,300 | $ 42.9184 | $ 55,793.92 | $ 24.4619 | | | | | $ (23,993.45) |
| Buy | 5/14/2008 | 1,500 | $ 43.0512 | $ 64,576.80 | $ 24.4619 | | | | | $ (27,883.95) |
| Buy | 5/14/2008 | 1,000 | $ 43.0361 | $ 43,036.10 | $ 24.4619 | | | | | $ (18,574.20) |
| Buy | 5/14/2008 | 800 | $ 42.7630 | $ 34,210.40 | $ 24.4619 | | | | | $ (14,640.88) |
| | | 197,700 | | $ 13,582,141.29 | | | | | *Loss on retained shares:* | $ (8,746,023.66) |
| | | | | | | | | | **TOTAL LIFO LOSS:** | **$ (8,746,023.66)** |

**Alameda County Employees' Retirement Association**

**FIFO Losses in Lehman Brothers Holdings Inc. (LEH)**

Class Period: 9/13/06 - 6/6/08

Retained share price: $24.4619 (6/9/08 - 6/30/08)

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Opening balance:* | 11,782 | | | | Sale | 3/13/2007 | (11,782) | $ 73.6784 | $ (868,078.91) |
| | | | | | | | *Sales offsetting opening balance* | | | |
| Purchase | 9/25/2006 | 1,576 | $ 71.7376 | $ 113,058.46 | | | | | | |
| Purchase | 9/26/2006 | 1,774 | $ 74.0430 | $ 131,352.28 | | | | | | |
| Purchase | 2/6/2007 | 2,000 | $ 85.4800 | $ 170,960.01 | | | | | | |
| Purchase | 6/8/2007 | 6,000 | $ 72.8495 | $ 437,097.00 | | Sale | 3/13/2007 | (5,350) | $ 73.6784 | $ (394,179.44) |
| Purchase | 6/8/2007 | 5,887 | $ 72.8500 | $ 428,867.95 | | Sale | 12/10/2007 | (11,887) | $ 65.0919 | $ (773,747.42) |
| | | 17,237 | | $ 1,281,335.70 | | | | (17,237) | | $ (1,167,926.86) |
| | | | | | | | | *Loss on class period sales:* | | $ (113,408.84) |
| Purchase | 6/8/2007 | 113 | $ 72.8500 | $ 8,232.05 | $ 24.4619 | | | | | $ (5,467.86) |
| Purchase | 6/8/2007 | 45,500 | $ 72.9316 | $ 3,318,387.80 | $ 24.4619 | | | | | $ (2,205,371.35) |
| Purchase | 6/26/2007 | 4,000 | $ 74.1361 | $ 296,544.40 | $ 24.4619 | | | | | $ (198,696.80) |
| Purchase | 6/27/2007 | 47,300 | $ 73.8434 | $ 3,492,792.82 | $ 24.4619 | | | | | $ (2,335,744.95) |
| Purchase | 6/29/2007 | 4,000 | $ 74.5341 | $ 298,136.40 | $ 24.4619 | | | | | $ (200,288.80) |
| Purchase | 8/28/2007 | 24,975 | $ 54.1516 | $ 1,352,436.21 | $ 24.4619 | | | | | $ (741,500.26) |
| Purchase | 8/30/2007 | 7,500 | $ 53.2453 | $ 399,339.75 | $ 24.4619 | | | | | $ (215,875.50) |
| Purchase | 10/15/2007 | 1,701 | $ 63.7733 | $ 108,478.38 | $ 24.4619 | | | | | $ (66,868.69) |
| Purchase | 11/1/2007 | 10,186 | $ 60.9745 | $ 621,086.26 | $ 24.4619 | | | | | $ (371,917.34) |
| | | 145,275 | | $ 9,895,434.07 | | | | *Loss on retained shares:* | | $ (6,341,731.55) |
| | | | | | | | | *Total Common Stock Loss:* | | $ (6,455,140.39) |
| Short Purchase | 6/9/2008 | 18,474 | $ 29.6527 | $ 547,803.98 | | Short Sale | 5/27/2008 | (18,474) | $ 36.3952 | $ (672,364.92) |
| | | | | | | | | *Gain on covered shorts:* | | $ 124,560.95 |
| | | | | | | | | **TOTAL FIFO LOSS:** | | **$ (6,330,579.45)** |

**Alameda County Employees' Retirement Association**
**LIFO Losses in Lehman Brothers Holdings Inc. (LEH)**
Class Period: 9/13/06 - 6/6/08
Retained share price: $24.4619 (6/9/08 - 6/30/08)

17,132 3/16/2007
11,887 12/12/2007

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| *Opening balance:* | | 11,782 | | | | Sale | 3/13/2007 | (11,782) | $ 73.6784 | $ (868,078.91) |
| | | | | | | | *Sales offsetting opening balance* | | | |
| Purchase | 9/25/2006 | 1,576 | $ 71.7376 | $ 113,058.46 | | | | | | |
| Purchase | 9/26/2006 | 1,774 | $ 74.0430 | $ 131,352.28 | | | | | | |
| Purchase | 2/6/2007 | 2,000 | $ 85.4800 | $ 170,960.01 | | | | | | |
| Purchase | 6/8/2007 | 6,000 | $ 72.8495 | $ 437,097.00 | | | | | | |
| Purchase | 6/8/2007 | 5,887 | $ 72.8500 | $ 428,867.95 | | | | | | |
| Purchase | 6/8/2007 | 113 | $ 72.8500 | $ 8,232.05 | | | | | | |
| Purchase | 6/8/2007 | 45,500 | $ 72.9316 | $ 3,318,387.80 | | | | | | |
| Purchase | 6/26/2007 | 4,000 | $ 74.1361 | $ 296,544.40 | | | | | | |
| Purchase | 6/27/2007 | 47,300 | $ 73.8434 | $ 3,492,792.82 | | | | | | |
| Purchase | 6/29/2007 | 4,000 | $ 74.5341 | $ 298,136.40 | | | | | | |
| Purchase | 8/28/2007 | 24,975 | $ 54.1516 | $ 1,352,436.21 | | Sale | 3/13/2007 | (5,350) | $ 73.6784 | $ (394,179.44) |
| Purchase | 8/30/2007 | 7,500 | $ 53.2453 | $ 399,339.75 | | Sale | 12/10/2007 | (11,887) | $ 65.0919 | $ (773,747.42) |
| Purchase | 10/15/2007 | 1,701 | $ 63.7733 | $ 108,478.38 | | | | | | |
| Purchase | 11/1/2007 | 10,186 | $ 60.9745 | $ 621,086.26 | | Retained Shares | | (145,275) | $ 24.4619 | $ (3,553,702.52) |
| | | 162,512 | | $ 11,176,769.77 | | | | (162,512) | | $ (4,721,629.38) |
| | | | | | | | | *Total Common Stock Loss:* | | $ (6,455,140.39) |
| Short Buy | 6/9/2008 | 18,474 | $ 29.6527 | $ 547,803.98 | | Short Sale | 5/27/2008 | (18,474) | $ 36.3952 | $ (672,364.92) |
| | | | | | | | | *Gain on covered shorts:* | | $ 124,560.95 |
| | | | | | | | | **TOTAL LIFO LOSS:** | | **$ (6,330,579.45)** |

**The City of Edinburgh Council as Administering Authority of the Lothian Pension Fund**
**FIFO Losses in Lehman Brothers Holdings Inc. (LEH)**

Class Period: 9/13/06 - 6/6/08
Retained share price: $24.4619 (6/9/08 - 6/30/08)

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Opening balance:* | - | | | | | | | | |
| Purchase | 11/20/2007 | 47,400 | $ 59.3800 | $ 2,814,612.00 | | | | | | |
| Purchase | 11/20/2007 | 7,700 | $ 59.2600 | $ 456,302.00 | | | | | | |
| Purchase | 11/29/2007 | 5,300 | $ 62.1900 | $ 329,607.00 | | Sale | 3/5/2008 | (48,100) | $ 49.3800 | $ (2,375,178.00) |
| Purchase | 12/3/2007 | 10,900 | $ 61.4900 | $ 670,241.00 | | Sale | 3/6/2008 | (5,700) | $ 45.8400 | $ (261,288.00) |
| Purchase | 12/7/2007 | 21,600 | $ 63.6700 | $ 1,375,272.00 | | Sale | 3/6/2008 | (6,900) | $ 45.6400 | $ (314,916.00) |
| Purchase | 3/13/2008 | 700 | $ 44.3300 | $ 31,031.00 | | Sale | 4/28/2008 | (32,900) | $ 47.5200 | $ (1,563,408.00) |
| | | 93,600 | | $ 5,677,065.00 | | | | (93,600) | | $ (4,514,790.00) |
| | | | | | | | | | *Loss on class period sales:* | $ (1,162,275.00) |
| Purchase | 3/13/2008 | 10,100 | $ 44.3300 | $ 447,733.00 | $ 24.4619 | | | | | $ (200,667.81) |
| Purchase | 3/18/2008 | 35,900 | $ 38.4600 | $ 1,380,714.00 | $ 24.4619 | | | | | $ (502,531.79) |
| Purchase | 3/19/2008 | 12,900 | $ 45.7300 | $ 589,917.00 | $ 24.4619 | | | | | $ (274,358.49) |
| Purchase | 3/25/2008 | 12,700 | $ 45.2100 | $ 574,167.00 | $ 24.4619 | | | | | $ (263,500.87) |
| Purchase | 3/27/2008 | 14,800 | $ 40.3600 | $ 597,328.00 | $ 24.4619 | | | | | $ (235,291.88) |
| Purchase | 3/31/2008 | 15,300 | $ 39.0300 | $ 597,159.00 | $ 24.4619 | | | | | $ (222,891.93) |
| Purchase | 4/1/2008 | 1,300 | $ 41.1500 | $ 53,495.00 | $ 24.4619 | | | | | $ (21,694.53) |
| Purchase | 5/23/2008 | 45,100 | $ 36.2400 | $ 1,634,424.00 | $ 24.4619 | | | | | $ (531,192.31) |
| | | 148,100 | | $ 5,874,937.00 | | | | | | $ (2,252,129.61) |
| | | | | | | | | | *Loss on retained shares:* | $ (2,252,129.61) |
| | | | | | | | | | **TOTAL FIFO LOSS:** | **$ (3,414,404.61)** |

**The City of Edinburgh Council as Administering Authority of the Lothian Pension Fund**
**LIFO Losses in Lehman Brothers Holdings Inc. (LEH)**
Class Period: 9/13/06 - 6/6/08
Retained share price: $24.4619 (6/9/08 - 6/30/08)

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Opening balance:* | - | | | | | | | | |
| Purchase | 11/20/2007 | 47,400 | $ 59.3800 | $ 2,814,612.00 | | | | | | |
| Purchase | 11/20/2007 | 7,700 | $ 59.2600 | $ 456,302.00 | | | | | | |
| Purchase | 11/29/2007 | 5,300 | $ 62.1900 | $ 329,607.00 | | | | | | |
| Purchase | 12/3/2007 | 10,900 | $ 61.4900 | $ 670,241.00 | | | | | | |
| Purchase | 12/7/2007 | 21,600 | $ 63.6700 | $ 1,375,272.00 | | | | | | |
| Purchase | 3/13/2008 | 10,800 | $ 44.3300 | $ 478,764.00 | | | | | | |
| Purchase | 3/18/2008 | 35,900 | $ 38.4600 | $ 1,380,714.00 | | | | | | |
| Purchase | 3/19/2008 | 12,900 | $ 45.7300 | $ 589,917.00 | | Sale | 3/5/2008 | (48,100) | $ 49.3800 | $ (2,375,178.00) |
| Purchase | 3/25/2008 | 12,700 | $ 45.2100 | $ 574,167.00 | | Sale | 3/6/2008 | (5,700) | $ 45.8400 | $ (261,288.00) |
| Purchase | 3/27/2008 | 14,800 | $ 40.3600 | $ 597,328.00 | | Sale | 3/6/2008 | (6,900) | $ 45.6400 | $ (314,916.00) |
| Purchase | 3/31/2008 | 15,300 | $ 39.0300 | $ 597,159.00 | | Sale | 4/28/2008 | (32,900) | $ 47.5200 | $ (1,563,408.00) |
| Purchase | 4/1/2008 | 1,300 | $ 41.1500 | $ 53,495.00 | | | | | | |
| Purchase | 5/23/2008 | 45,100 | $ 36.2400 | $ 1,634,424.00 | | Retained | | (148,100) | $ 24.4619 | $ (3,622,807.39) |
| | | 241,700 | | $ 11,552,002.00 | | | | (241,700) | | $ (8,137,597.39) |

**TOTAL LIFO LOSS: $ (3,414,404.61)**

**Operating Engineers Local 3 Trust Funds**
**FIFO Losses in Lehman Brothers Holdings Inc. (LEH)**
Class Period: 9/13/06 - 6/6/08
Retained share price: $24.4619 (06/09/08 - 06/30/08)

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| *Opening balance:* | | 47,146 | | | | Sale | 09/18/06 | (1,500) | $ 71.3427 | $ (107,014.0500) |
| | | | | | | Sale | 09/20/06 | (800) | $ 71.7855 | $ (57,428.4000) |
| | | | | | | Sale | 09/26/06 | (700) | $ 74.1149 | $ (51,880.4300) |
| | | | | | | Sale | 09/26/06 | (11,246) | $ 73.6310 | $ (828,054.2260) |
| | | | | | | Sale | 10/12/06 | (600) | $ 76.5162 | $ (45,909.7200) |
| | | | | | | Sale | 11/15/06 | (600) | $ 75.2018 | $ (45,121.0800) |
| | | | | | | Sale | 12/05/06 | (900) | $ 75.4308 | $ (67,887.7200) |
| | | | | | | Sale | 01/03/07 | (600) | $ 79.0043 | $ (47,402.5800) |
| | | | | | | Sale | 01/11/07 | (700) | $ 80.4881 | $ (56,341.6700) |
| | | | | | | Sale | 01/22/07 | (500) | $ 82.2641 | $ (41,132.0500) |
| | | | | | | Sale | 01/23/07 | (3,100) | $ 82.1900 | $ (254,789.0000) |
| | | | | | | Sale | 01/30/07 | (1,300) | $ 80.7318 | $ (104,951.3400) |
| | | | | | | Sale | 02/07/07 | (300) | $ 85.4320 | $ (25,629.6000) |
| | | | | | | Sale | 02/15/07 | (500) | $ 83.6242 | $ (41,812.1000) |
| | | | | | | Sale | 03/06/07 | (300) | $ 74.1224 | $ (22,236.7200) |
| | | | | | | Sale | 03/27/07 | (477) | $ 71.6546 | $ (34,179.2442) |
| | | | | | | Sale | 03/27/07 | (5,500) | $ 72.6110 | $ (399,360.5000) |
| | | | | | | Sale | 04/10/07 | (200) | $ 72.2315 | $ (14,446.3000) |
| | | | | | | Sale | 04/24/07 | (5,600) | $ 77.4310 | $ (433,613.6000) |
| | | | | | | Sale | 04/25/07 | (3,002) | $ 76.4028 | $ (229,361.2056) |
| | | | | | | Sale | 05/01/07 | (8,721) | $ 75.0110 | $ (654,170.9310) |
| | | | | | | *Sales offsetting opening balance:* | | (47,146) | | ($3,562,722.47) |

**Operating Engineers Local 3 Trust Funds**

**FIFO Losses in Lehman Brothers Holdings Inc. (LEH)**

Class Period: 9/13/06 - 6/6/08

Retained share price: $24.4619 (06/09/08 - 06/30/08)

| Transaction | Date | Shares | Price | Cost | Retained Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sale | 05/01/07 | (3,479) | $ 75.0110 | $ (260,963.27) |
| | | | | | | Sale | 05/14/07 | (1,214) | $ 75.0149 | $ (91,068.09) |
| | | | | | | Sale | 05/30/07 | (2,621) | $ 73.1800 | $ (191,804.78) |
| | | | | | | Sale | 06/14/07 | (3,416) | $ 77.6651 | $ (265,303.98) |
| Purchase | 11/28/06 | 477 | $ 75.2100 | $ 35,875.17 | | Sale | 06/27/07 | (13) | $ 73.9510 | $ (961.36) |
| Purchase | 12/27/06 | 3,002 | $ 78.1537 | $ 234,617.41 | | Sale | 09/05/07 | (3,280) | $ 54.2810 | $ (178,041.68) |
| Purchase | 01/16/07 | 1,214 | $ 82.6386 | $ 100,323.26 | | Sale | 09/18/07 | (12,300) | $ 59.7822 | $ (735,321.06) |
| Purchase | 01/26/07 | 4,838 | $ 80.6589 | $ 390,227.76 | | Sale | 09/25/07 | (1,124) | $ 59.8751 | $ (67,299.61) |
| Purchase | 02/13/07 | 5,548 | $ 82.6113 | $ 458,327.49 | | Sale | 10/16/07 | (1,039) | $ 60.6557 | $ (63,021.27) |
| Purchase | 02/26/07 | 2,108 | $ 78.6230 | $ 165,737.28 | | Sale | 10/19/07 | (114) | $ 59.6585 | $ (6,801.07) |
| Purchase | 06/05/07 | 12,170 | $ 75.0358 | $ 913,185.69 | | Sale | 11/01/07 | (757) | $ 60.4653 | $ (45,772.23) |
| | | 29,357 | | $ 2,298,294.06 | | | | (29,357) | | ($1,906,358.41) |
| | | | | | | | | | *Loss on class period sales:* | ($391,935.65) |
| Purchase | 06/05/07 | 17,555 | $ 75.0358 | $ 1,317,253.47 | $ 24.4619 | | | | | $ (887,824.81) |
| Purchase | 06/06/07 | 52,775 | $ 74.0913 | $ 3,910,168.36 | $ 24.4619 | | | | | $ (2,619,191.59) |
| Purchase | 06/19/07 | 4,500 | $ 80.9702 | $ 364,365.90 | $ 24.4619 | | | | | $ (254,287.35) |
| Purchase | 06/20/07 | 2,200 | $ 81.6462 | $ 179,621.64 | $ 24.4619 | | | | | $ (125,805.46) |
| Purchase | 06/27/07 | 17,900 | $ 73.8296 | $ 1,321,549.84 | $ 24.4619 | | | | | $ (883,681.83) |
| Purchase | 06/27/07 | 6,800 | $ 73.7027 | $ 501,178.36 | $ 24.4619 | | | | | $ (334,837.44) |
| Purchase | 07/24/07 | 5,600 | $ 69.0800 | $ 386,848.00 | $ 24.4619 | | | | | $ (249,861.36) |
| Purchase | 08/02/07 | 4,025 | $ 60.0935 | $ 241,876.34 | $ 24.4619 | | | | | $ (143,417.19) |
| Purchase | 08/02/07 | 10,400 | $ 60.1606 | $ 625,670.24 | $ 24.4619 | | | | | $ (371,266.48) |
| Purchase | 10/24/07 | 114 | $ 57.4200 | $ 6,545.88 | $ 24.4619 | | | | | $ (3,757.22) |
| | | 121,869 | | $ 8,855,078.02 | | | | | *Loss on retained shares:* | $ (5,873,930.73) |
| | | | | | | | | | **TOTAL FIFO LOSS:** | **$ (6,265,866.39)** |

**Operating Engineers Local 3 Trust Funds**

**LIFO Losses in Lehman Brothers Holdings Inc. (LEH)**

Class Period: 9/13/06 - 6/6/08

Retained share price: $24.4619 (06/09/08 - 06/30/08)

| Transaction | Date | Shares | Price | Cost | Share Price | Transaction | Date | Shares | | Price | | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Opening balance:* | | 47,146 | | | | Sale | 09/18/06 | (1,500) | $ | 71.3427 | $ | (107,014.05) |
| | | | | | | Sale | 09/20/06 | (800) | $ | 71.7855 | $ | (57,428.40) |
| | | | | | | Sale | 09/26/06 | (700) | $ | 74.1149 | $ | (51,880.43) |
| | | | | | | Sale | 09/26/06 | (11,246) | $ | 73.6310 | $ | (828,054.23) |
| | | | | | | Sale | 10/12/06 | (600) | $ | 76.5162 | $ | (45,909.72) |
| | | | | | | Sale | 11/15/06 | (600) | $ | 75.2018 | $ | (45,121.08) |
| | | | | | | Sale | 12/05/06 | (423) | $ | 75.4308 | $ | (31,907.23) |
| | | | | | | Sale | 01/23/07 | (684) | $ | 82.1900 | $ | (56,217.96) |
| | | | | | | Sale | 04/24/07 | (1,683) | $ | 77.4310 | $ | (130,316.37) |
| | | | | | | Sale | 04/25/07 | (3,002) | $ | 76.4028 | $ | (229,361.21) |
| | | | | | | Sale | 05/01/07 | (12,200) | $ | 75.0110 | $ | (915,134.20) |
| | | | | | | Sale | 05/14/07 | (1,214) | $ | 75.0149 | $ | (91,068.09) |
| | | | | | | Sale | 05/30/07 | (2,621) | $ | 73.1800 | $ | (191,804.78) |
| | | | | | | *Sales offsetting opening balance:* | | (37,273) | | | $ | (2,781,217.74) |

**Operating Engineers Local 3 Trust Funds**
**LIFO Losses in Lehman Brothers Holdings Inc. (LEH)**
Class Period: 9/13/06 - 6/6/08
Retained share price: $24.4619 (06/09/08 - 06/30/08)

| Transaction | Date | Shares | Price | Cost | Share Price | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sale | 12/05/06 | (477) | $ 75.4308 | $ (35,980.49) |
| | | | | | | Sale | 01/03/07 | (600) | $ 79.0043 | $ (47,402.58) |
| | | | | | | Sale | 01/11/07 | (700) | $ 80.4881 | $ (56,341.67) |
| | | | | | | Sale | 01/22/07 | (500) | $ 82.2641 | $ (41,132.05) |
| | | | | | | Sale | 01/23/07 | (2,416) | $ 82.1900 | $ (198,571.04) |
| | | | | | | Sale | 01/30/07 | (1,300) | $ 80.7318 | $ (104,951.34) |
| | | | | | | Sale | 02/07/07 | (300) | $ 85.4320 | $ (25,629.60) |
| Purchase | 11/28/06 | 477 | $ 75.2100 | $ 35,875.17 | | Sale | 02/15/07 | (500) | $ 83.6242 | $ (41,812.10) |
| Purchase | 12/27/06 | 3,002 | $ 78.1537 | $ 234,617.41 | | Sale | 03/06/07 | (300) | $ 74.1224 | $ (22,236.72) |
| Purchase | 01/16/07 | 1,214 | $ 82.6386 | $ 100,323.26 | | Sale | 03/27/07 | (477) | $ 71.6546 | $ (34,179.24) |
| Purchase | 01/26/07 | 4,838 | $ 80.6589 | $ 390,227.76 | | Sale | 03/27/07 | (5,500) | $ 72.6110 | $ (399,360.50) |
| Purchase | 02/13/07 | 5,548 | $ 82.6113 | $ 458,327.49 | | Sale | 04/10/07 | (200) | $ 72.2315 | $ (14,446.30) |
| Purchase | 02/26/07 | 2,108 | $ 78.6230 | $ 165,737.28 | | Sale | 04/24/07 | (3,917) | $ 77.4310 | $ (303,297.23) |
| Purchase | 06/05/07 | 29,725 | $ 75.0358 | $ 2,230,439.16 | | Sale | 06/14/07 | (3,416) | $ 77.6651 | $ (265,303.98) |
| Purchase | 06/06/07 | 52,775 | $ 74.0913 | $ 3,910,168.36 | | Sale | 06/27/07 | (13) | $ 73.9510 | $ (961.36) |
| Purchase | 06/19/07 | 4,500 | $ 80.9702 | $ 364,365.90 | | Sale | 09/05/07 | (3,280) | $ 54.2810 | $ (178,041.68) |
| Purchase | 06/20/07 | 2,200 | $ 81.6462 | $ 179,621.64 | | Sale | 09/18/07 | (12,300) | $ 59.7822 | $ (735,321.06) |
| Purchase | 06/27/07 | 17,900 | $ 73.8296 | $ 1,321,549.84 | | Sale | 09/25/07 | (1,124) | $ 59.8751 | $ (67,299.61) |
| Purchase | 06/27/07 | 6,800 | $ 73.7027 | $ 501,178.36 | | Sale | 10/16/07 | (1,039) | $ 60.6557 | $ (63,021.27) |
| Purchase | 07/24/07 | 5,600 | $ 69.0800 | $ 386,848.00 | | Sale | 10/19/07 | (114) | $ 59.6585 | $ (6,801.07) |
| Purchase | 08/02/07 | 4,025 | $ 60.0935 | $ 241,876.34 | | Sale | 11/01/07 | (757) | $ 60.4653 | $ (45,772.23) |
| Purchase | 08/02/07 | 10,400 | $ 60.1606 | $ 625,670.24 | | | | | | |
| Purchase | 10/24/07 | 114 | $ 57.4200 | $ 6,545.88 | | Retained | | (111,996) | $ 24.4619 | $ (2,739,634.95) |
| | | 151,226 | | $ 11,153,372.08 | | | | (151,226) | | $ (5,427,498.08) |

**TOTAL LIFO LOSS: ($5,725,874.00)**