UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 262 ANNUITY FUND, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEHMAN BROTHERS HOLDINGS, INC., RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, and ERIN CALLAN,<br><br>Defendants. | NO. 08-CV-5523 (LAK)<br><br><br><br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I, Gerald H. Silk, hereby certify that on June 30, 2008, I caused the following documents to be filed with the Clerk of Court and served via ECF in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service:

1) Notice of Motion of the Pension Fund Group for Appointment as Lead Plaintiff and Approval of Its Selection of Counsel as Lead Counsel for the Class.

2) Memorandum of Law in Support of the Motion of the Pension Fund Group for Appointment as Lead Plaintiff and Approval of Its Selection of Counsel as Lead Counsel for the Class.

3) Declaration of Gerald H. Silk in Support of the Motion of the Pension Fund Group for Appointment as Lead Plaintiff and Approval of Its Selection of Counsel as Lead Counsel for the Class.

      /s/ Gerald H. Silk
      Gerald H. Silk