**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 262 ANNUITY FUND, Individually And On Behalf of All Others Similarly Situated, ) ) ) ) ) | NO. 08-CV-5523 (LAK) |
| Plaintiff, ) ) | |
| vs. ) ) | <u>JURY TRIAL DEMANDED</u> |
| LEHMAN BROTHERS HOLDINGS, INC., RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, and ERIN CALLAN, ) ) ) ) ) | |
| Defendants. ) ) | |

**CERTIFICATE OF SERVICE**

I, Gerald H. Silk, hereby certify that on July 16, 2008, I caused the Memorandum of Law in Further Support of the Pension Fund Group's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Counsel as Lead Counsel for the Class to be filed with the Clerk of Court and served via ECF in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service.

      /s/ Gerald H. Silk
      Gerald H. Silk