UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
OPERATIVE PLASTERERS AND CEMENT             :
MASONS INTERNATIONAL ASSOCIATION,           :
Individually And On Behalf Of All Others Similarly  :   Civil Action No. 08cv5523 (LAK)
Situated,                                    :
                                             :
                    Plaintiff,               :
                                             :
            vs.                              :
                                             :
LEHMAN BROTHERS HOLDINGS INC.,               :
RICHARD S. FULD, JR., CHRISTOPHER M.         :
O'MEARA, JOSEPH M. GREGORY and ERIN         :
CALLAN,                                      :
                                             :
                    Defendants.              :
                                             :
                                             :
                                             :
------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Paul C. Curnin, a member of this Court in

good standing, respectfully enters his appearance as counsel for defendants Lehman

Brothers Holdings Inc., Richard S. Fuld, Jr., Christopher M. O'Meara, Joseph M.

Gregory and Erin Callan in this action and also has been designated to accept service of

all pleadings, notices, filings, correspondence and other papers relating to this litigation

on behalf of the aforementioned defendants.

Dated:  July 25, 2008                    Respectfully submitted,

                                         /s/ Paul C. Curnin_____
                                         Paul C. Curnin
                                         pcurnin@stblaw.com

                                         **SIMPSON THACHER & BARTLETT
                                         LLP**
                                         425 Lexington Avenue
                                         New York, New York  10017-3954
                                         (212) 455-2000
                                         (212) 455-2502 (fax)
                                         *Counsel for Defendants Lehman Brothers
                                         Holdings Inc., Richard S. Fuld Jr.,
                                         Christopher M. O'Meara, Joseph M.
                                         Gregory and Erin Callan*