UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
OPERATIVE PLASTERERS AND CEMENT          :
MASONS INTERNATIONAL ASSOCIATION,        :
Individually And On Behalf Of All Others Similarly  :   Civil Action No. 08cv5523 (LAK)
Situated,                                :
                                         :
                    Plaintiff,           :
                                         :
            vs.                          :
                                         :
LEHMAN BROTHERS HOLDINGS INC.,           :
RICHARD S. FULD, JR., CHRISTOPHER M.     :
O'MEARA, JOSEPH M. GREGORY and ERIN      :
CALLAN,                                  :
                                         :
                    Defendants.          :
                                         :
                                         :
                                         :
------------------------------------------------------------x
```

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Michael J. Chepiga, a member of this

Court in good standing, respectfully enters his appearance as counsel for defendants

Lehman Brothers Holdings Inc., Richard S. Fuld, Jr., Christopher M. O'Meara, Joseph

M. Gregory and Erin Callan in this action and also has been designated to accept service

of all pleadings, notices, filings, correspondence and other papers relating to this

litigation on behalf of the aforementioned defendants.

Dated:  July 25, 2008                     Respectfully submitted,

                                          /s/ Michael J. Chepiga
                                          Michael J. Chepiga
                                          mchepiga@stblaw.com

                                          **SIMPSON THACHER & BARTLETT
                                          LLP**
                                          425 Lexington Avenue
                                          New York, New York  10017-3954
                                          (212) 455-2000
                                          (212) 455-2502 (fax)
                                          *Counsel for Defendants Lehman Brothers
                                          Holdings Inc., Richard S. Fuld Jr.,
                                          Christopher M. O'Meara, Joseph M.
                                          Gregory and Erin Callan*