UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
OPERATIVE PLASTERERS AND CEMENT       :
MASONS INTERNATIONAL ASSOCIATION,     :
Individually And On Behalf Of All Others Similarly : Civil Action No. 08cv5523 (LAK)
Situated,                             :
                                      :
                Plaintiff,        :
                                      :
                vs.               :
                                      :
LEHMAN BROTHERS HOLDINGS INC.,        :
RICHARD S. FULD, JR., CHRISTOPHER M.  :
O'MEARA, JOSEPH M. GREGORY and ERIN   :
CALLAN,                               :
                                      :
                Defendants.       :
                                      :
---------------------------------------------------------------x

### RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT
### LEHMAN BROTHERS HOLDINGS, INC.

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Lehman Brothers Holdings, Inc. ("Lehman") certifies as follows:

      1.      Lehman does not have a parent company.

      2.      No publicly-held corporation directly or indirectly controls 10% or more of Lehman's stock.

Dated: July 25, 2008                Respectfully submitted,

                                              /s/ Michael J. Chepiga_____

> Michael J. Chepiga
> mchepiga@stblaw.com
>
> **SIMPSON THACHER & BARTLETT LLP**
> 425 Lexington Avenue
> New York, New York 10017-3954
> (212) 455-2000
> (212) 455-2502 (fax)
> *Counsel for Defendant Lehman Brothers Holdings Inc.*