AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

OPERATIVE PLASTERERS AND CEMENT
MASONS INTERNATIONAL ASSOCIATION
LOCAL 262 ANNUITY FUND, Individually
And On Behalf Of All Others
Similarly Situated,

        Plaintiff,

  v.

LEHMAN BROTHERS HOLDINGS, INC.,
et al,    Defendants.

**APPEARANCE**

Case Number: 1:08-CV-05523 (LAK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Pension Fund Group

I certify that I am admitted to practice in this court.

8/4/08
Date

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

*[signature]*
Signature

John A. Kehoe      JK-4589
Print Name      Bar Number

280 King of Prussia Road
Address

Radnor    PA    19087
City    State    Zip Code

(610) 667-7706    (610) 667-7056
Phone Number    Fax Number