UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 262 ANNUITY FUND, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEHMAN BROTHERS HOLDINGS, INC., RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, and ERIN CALLAN,<br><br>Defendants. | NO. 08-CV-5523 (LAK)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Lead Plaintiff The City of Edinburgh Council as Administering Authority of the Lothian Pension Fund.

I certify that I am admitted to practice in this Court.

Dated: August 13, 2008
New York, New York

Respectfully submitted,

LABATON SUCHAROW LLP

By:   /s/ Jonathan Gardner
    Jonathan Gardner (JG-8512)
    140 Broadway
    New York, New York 10005
    Telephone: (212) 907-0700
    Facsimile: (212) 818-0477

*Counsel for Lead Plaintiff The City of Edinburgh Council as Administering Authority of the Lothian Pension Fund*