UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 262 ANNUITY FUND, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS, INC., RICHARD S. FULD JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, and ERIN CALLAN,<br><br>Defendants. | CIVIL ACTION NO. 1:08-cv-05523 (LAK)<br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

## NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Avi Josefson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Michelle M. Newcomer |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | mnewcomer@sbtklaw.com |

Michelle M. Newcomer is a member in good standing of the Bars of the State of Pennsylvania and the State of New Jersey. There are no pending disciplinary proceedings against Michelle M. Newcomer in any State or Federal Court.

Dated: August 20, 2008

Respectfully submitted,
**BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP**

Avi Josefson
1285 Avenue of the Americas
New York NY 10019
Telephone: 212-554-1400
Fax: 212-554-1444

*Co-Lead Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 262 ANNUITY FUND, Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS, INC., RICHARD S. FULD JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, and ERIN CALLAN,<br><br>      Defendants. | CIVIL ACTION NO. 1:08-cv-05523 (LAK)<br><br>**AFFIDAVIT OF AVI JOSEFSON IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

State of New York    )
                               ) ss.
County of New York  )

Avi Josefson, being duly sworn, hereby deposes and says as follows:

    1.    I am an associate at Bernstein Litowitz Berger & Grossmann, LLP, Co-Lead Counsel for the Lead Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Lead Plaintiffs' motion to admit Michelle M. Newcomer as counsel *pro hac vice* to represent the Lead Plaintiffs in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in __2003__. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  Mrs. Newcomer is an associate at Schiffrin Barroway Topaz & Kessler, LLP in Radnor, Pennsylvania.

4.  I have found Mrs. Newcomer to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.  Accordingly, I am pleased to move the admission of Michelle M. Newcomer, *pro hac vice*.

6.  In compliance with Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I have attached Certificates of Good Standing for Mrs. Newcomer from Pennsylvania and New Jersey issued within the past thirty days.

7.  I respectfully submit a proposed order granting the admission of Michelle M. Newcomer, *pro hac vice*, which is also attached.

WHEREFORE it is respectfully requested that the motion to admit Michelle M. Newcomer, *pro hac vice*, to represent the Lead Plaintiffs in the above-captioned matter, be granted.

Dated: August 20, 2008

Respectfully submitted,
**BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP**

Avi Josefson
1285 Avenue of the Americas
New York NY 10019
Telephone: 212-554-1400
Fax: 212-554-1444

Sworn to and subscribed before me

*Co-Lead Counsel for Lead Plaintiffs*

this 20th day of August, 2008.

Laura Marioni
Notary Public

LAURA MARIONI
Notary Public - State of New York
NO. 01MA6043496
Qualified in Queens County
My Commission Expires 6/19/2010

2



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Michelle Marie Newcomer, Esq.*

**DATE OF ADMISSION**

*October 24, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 5, 2008

_____
Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MICHELLE MARIE BACKES** (No. **025702005**) was constituted and appointed an Attorney at Law of New Jersey on **December 18, 2005** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **5TH** day of **August**, 20 **08**

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 262 ANNUITY FUND, Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS, INC., RICHARD S. FULD JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, and ERIN CALLAN,<br><br>      Defendants. | CIVIL ACTION NO. 1:08-cv-05523 (LAK)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Avi Josefson, Co-Lead Counsel for the Lead Plaintiffs, and said sponsor attorney's affirmation in support;

IT IS HEREBY ORDERED that

|  |  |
|---|---|
| Applicant's Name: | Michelle M. Newcomer |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | mnewcomer@sbtklaw.com |

is admitted to practice *pro hac vice* as counsel for the Lead Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____   _____
                                                              Lewis A. Kaplan, U.S. District Judge

## CERTIFICATE OF SERVICE

I, Avi Josefson, hereby certify that I filed true and correct copies of the foregoing documents:

- *PRO HAC VICE* MOTION, AFFIDAVIT, AND PROPOSED ORDER.

on _____Aug. 22, 2008_____ with the Clerk of the Court.  All counsel on the attached Service List have been served copies of the forgoing documents via the U.S. Postal Service.

                                                                     BERNSTEIN LITOWITZ
                                                                     BERGER & GROSSMANN, LLP

                                                                     Avi Josefson
                                                                     1285 Avenue of the Americas
                                                                     New York NY 10019
                                                                     Telephone:  212-554-1400
                                                                     Fax: 212-554-1444

                                                                     *Co-Lead Counsel for Lead Plaintiffs*

**SERVICE LIST**

Eric Milo Albert
Michael Joseph Chepiga
Paul C. Curnin
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
Fax: (212) 455-2502
Email: ealbert@stblaw.com
Email: mchepiga@stblaw.com
Email: pcurnin@stblaw.com

*Counsel for Lehman Brothers Holdings, Inc., Richard S. Fuld, Jr., Christopher M. O'Meara, Joseph M. Gregory, Eric Callan*

Marc Ian Gross
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017
(212) 661-1100
Fax: (212) 661-8665
Email: migross@pomlaw.com

*Counsel for Fire & Police Pension Association of Colorado and Brockton Contributory Retirement System*

Curtis Victor Trinko
Wai Kin Chan
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street
Seventh Floor
New York, NY 10036
(212) 490-9550
Fax: (212) 986-0158
Email: ctrinko@trinko.com
Email: kchan@trinko.com

*Counsel for Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund*

Gerald Harlan Silk
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
212 554 1282
Fax: 212 554 1444
Email: jerry@blbglaw.com

*Counsel for The Pension Fund Group*