MEMO ENDORSED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

(JKB 8/25/08)
SCANNED

---

| | |
|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 262 ANNUITY FUND, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS, INC., RICHARD S. FULD JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, and ERIN CALLAN,<br><br>Defendants. | CIVIL ACTION NO. 1:08-cv-05523 (LAK)<br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

AUG 22 2008

#22



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

## NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Avi Josefson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Nichole Browning |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | nbrowning@sbtklaw.com |

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

Nichole Browning is a member in good standing of the Bars of the State of Georgia and the State of California. There are no pending disciplinary proceedings against Nichole Browning in any State or Federal Court.

Dated: August 20, 2008

Respectfully submitted,
**BERNSTEIN LITOWITZ**
**BERGER & GROSSMANN, LLP**

Avi Josefson
1285 Avenue of the Americas
New York NY 10019
Telephone: 212-554-1400
Fax: 212-554-1444

*Co-Lead Counsel for Lead Plaintiffs*