# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 262 ANNUITY FUND, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LEHMAN BROTHERS HOLDINGS, INC., RICHARD S. FULD JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, and ERIN CALLAN, <br><br> Defendants. | CIVIL ACTION NO. 1:08-cv-05523 (LAK) <br><br> **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

## NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the

Southern District of New York, I, Avi Josefson, a member in good standing of the bar of this Court,

hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Jon F. Worm |
| Firm Name: | Bernstein Litowitz Berger & Grossmann LLP |
| Address: | 12481 High Bluff Drive, Suite 300 |
| City/State/Zip: | San Diego, CA 92130 |
| Phone Number: | (858) 793-0070 |
| Fax Number: | (858) 667-0323 |
| Email Address: | JonW@blbglaw.com |

Jon F. Worm is a member in good standing of the Bars of the State of California and the State of Illinois. There are no pending disciplinary proceedings against Jon F. Worm in any State or Federal Court.

Dated: September 3, 2008

Respectfully submitted,
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

Avi Josefson
1285 Avenue of the Americas
New York NY 10019
Telephone: 212-554-1400
Fax: 212-554-1444

*Co-Lead Counsel for Lead Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 262 ANNUITY FUND, Individually And On Behalf Of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS, INC., RICHARD S. FULD JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, and ERIN CALLAN,<br><br>          Defendants. | CIVIL ACTION NO. 1:08-cv-05523 (LAK)<br><br>**AFFIDAVIT OF AVI JOSEFSON IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

State of New York          )
                           )          ss.
County of New York         )

Avi Josefson, being duly sworn, hereby deposes and says as follows:

1.      I am an associate at Bernstein Litowitz Berger & Grossmann LLP, Co-Lead Counsel for the Lead Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Lead Plaintiffs' motion to admit Jon F. Worm as counsel *pro hac vice* to represent the Lead Plaintiffs in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Worm is an associate at Bernstein Litowitz Berger & Grossmann LLP in San Diego, California.

4. I have found Mr. Worm to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Jon F. Worm, *pro hac vice.*

6. In compliance with Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I have attached Certificates of Good Standing for Mr. Worm from California and Illinois issued within the past thirty days.

7. I respectfully submit a proposed order granting the admission of Jon F. Worm, *pro hac vice*, which is also attached.

WHEREFORE it is respectfully requested that the motion to admit Jon F. Worm, *pro hac vice*, to represent the Lead Plaintiffs in the above-captioned matter, be granted.

Dated: September 3, 2008

Respectfully submitted,
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**

Avi Josefson
1285 Avenue of the Americas
New York NY 10019
Telephone: 212-554-1400
Fax: 212-554-1444

*Co-Lead Counsel for Lead Plaintiffs*

Sworn to and subscribed before me

this 3rd day of September, 2008.

Notary Public

LAURA MARIONI
Notary Public - State of New York
NO. 01MA6043496
Qualified in Queens County
My Commission Expires 6/17/2010

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 262 ANNUITY FUND, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS, INC., RICHARD S. FULD JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, and ERIN CALLAN,<br><br>    Defendants. | CIVIL ACTION NO. 1:08-cv-05523 (LAK)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Avi Josefson, Co-Lead Counsel for the Lead Plaintiffs, and said

sponsor attorney's affirmation in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Jon F. Worm |
| Firm Name: | Bernstein Litowitz Berger & Grossmann LLP |
| Address: | 12481 High Bluff Drive, Suite 300 |
| City/State/Zip: | San Diego, CA 92130 |
| Phone Number: | (858) 793-0070 |
| Fax Number: | (858) 793-0323 |
| Email Address: | JonW@blbglaw.com |

is admitted to practice *pro hac vice* as counsel for the Lead Plaintiffs in the above captioned case

in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel

shall forward the *pro hac vice* fee to the Clerk of Court.


Dated: _____        _____
                                    Lewis A. Kaplan, U.S. District Judge

# THE STATE BAR
# OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

August 28, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JON F. WORM, #248260 was admitted to the practice of law in this state by the Supreme Court of California on January 24, 2007; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Jon F. Worm

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 2003 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, August 27, 2008.

*Juleann Hornyak*

Clerk

## CERTIFICATE OF SERVICE

I, Avi Josefson, hereby certify that I filed true and correct copies of the foregoing documents:

- *PRO HAC VICE* MOTION, AFFIDAVIT, AND PROPOSED ORDER.

on ___*Sept. 3, 2008*___ with the Clerk of the Court. All counsel on the attached Service

List have been served copies of the forgoing documents via the U.S. Postal Service.

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

Avi Josefson
1285 Avenue of the Americas
New York NY 10019
Telephone: 212-554-1400
Fax: 212-554-1444

*Co-Lead Counsel for Lead Plaintiffs*

## SERVICE LIST

Counsel receiving service via CM/ECF notification:

**Eric Milo Albert**
**Michael Joseph Chepiga**
**Paul C. Curnin**
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
Fax: (212) 455-2502
Email: ealbert@stblaw.com
Email: mchepiga@stblaw.com
Email: pcurnin@stblaw.com

*Counsel for Lehman Brothers Holdings,*
*Inc., Richard S. Fuld, Jr., Christopher M.*
*O'Meara, Joseph M. Gregory, Eric Callan*

**Marc Ian Gross**
Pomerantz Haudek Block Grossman &
Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017
(212)661-1100
Fax: (212) 661-8665
Email: migross@pomlaw.com

*Counsel for Fire & Police Pension*
*Association of Colorado and Brockton*
*Contributory Retirement System*

**Curtis Victor Trinko**
**Wai Kin Chan**
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street
Seventh Floor
New York, NY 10036
(212) 490-9550
Fax: (212) 986-0158
Email: ctrinko@trinko.com
Email: kchan@trinko.com

*Counsel for Operative Plasterers and*
*Cement Masons International Association*
*Local 262 Annuity Fund*

**Gerald Harlan Silk**
Bernstein Litowitz Berger & Grossmann
LLP
1285 Avenue of the Americas
New York, NY 10019
212 554 1282
Fax: 212 554 1444
Email: jerry@blbglaw.com

*Counsel for The Pension Fund Group*