UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
In re:

LEHMAN BROTHERS SECURITIES AND
ERISA LITIGATION

This Document Applies to:    All Cases
------------------------------------------------x

09 MD 2017 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/09

### PRETRIAL ORDER NO. 11
(Scheduling Order)

LEWIS A. KAPLAN, *District Judge.*

      Oral argument on the motions to dismiss will be held on Tuesday, January 26, 2010 at 10:00 a.m.

      SO ORDERED.

Dated:    December 10, 2009

/s/ Lewis A. Kaplan
_____
Lewis A. Kaplan
United States District Judge