UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
In re:                                                                   :
:
:
LEHMAN BROTHERS SECURITIES AND         :  Civil Action 09 MD 2017
ERISA LITIGATION                                       :  (LAK)
:
This Document Applies to:                          :
:
*In re Lehman Brothers Equity/Debt Securities*  :
*Litigation,* 08 Civ. 5523 (LAK)                    :
:
:
:
:
------------------------------------------------------------------------- X

### NOTICE OF MOTION BY DEFENDANTS
### TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Defendants' Joint Memorandum of Law in Support of Their Motion to Dismiss The Third Amended Class Action Complaint, the Declaration Of Michael J. Chepiga and the exhibits attached thereto, Defendants A. G. Edwards & Sons, Inc., ABN AMRO Incorporated,[1] ANZ Securities, Inc., Banc of America Securities LLC, BBVA Securities Inc., BNP Paribas S.A., BNY Mellon Capital Markets, LLC, Cabrera Capital Markets LLC, Caja de Ahorros y Monte de Piedad de Madrid, Calyon Securities (USA) Inc., Charles Schwab & Co., Inc., CIBC World Markets Corp., Citigroup Global Markets Inc., Commerzbank Capital Markets Corp., Daiwa Capital Markets Europe Limited, DnB NOR Markets Inc. (the trade name of which is DnB NOR Markets), DZ Financial Markets LLC, Edward D. Jones & Co., L.P., Fidelity Capital Markets Services (a division of National Financial Services LLC), Fortis Securities LLC, BMO Capital Markets Corp. (f/k/a Harris Nesbitt Corp.), HSBC Securities (USA) Inc., HVB Capital Markets, Inc., Incapital LLC, ING Financial Markets

---

[1] The complaint improperly names ABN AMRO Holding N.V.

LLC, Loop Capital Markets, LLC, M.R. Beal & Company, Mellon Financial Markets, LLC (n/k/a BNY Mellon Capital Markets, LLC), Merrill Lynch, Pierce, Fenner & Smith, Inc., Mizuho Securities USA, Inc., Morgan Stanley & Co. Inc., Muriel Siebert & Co., Inc., nabCapital Securities, LLC, National Australia Bank Ltd., Natixis Bleichroeder Inc., Raymond James & Associates, Inc., RBC Capital Markets Corp. (f/k/a RBC Dain Rauscher Inc.), RBS Securities Inc. (f/k/a Greenwich Capital Markets Inc., d/b/a RBS Greenwich Capital), Santander Investment Securities Inc., Scotia Capital (USA) Inc., SG Americas Securities LLC,[2] Siebert Capital Markets (the advertising name of Muriel Siebert & Co., Inc.), Sovereign Securities Corporation LLC, SunTrust Robinson Humphrey, Inc., TD Securities (USA) LLC, UBS Investment Bank, UBS Securities LLC, Wachovia Capital Finance, Wachovia Securities, LLC, Wells Fargo Securities, LLC, and The Williams Capital Group, L.P. (collectively, the "Underwriter Defendants"), UBS Financial Services, Inc., ("UBSFS"), Richard S. Fuld, Jr., Christopher M. O'Meara, Joseph M. Gregory, Erin Callan, and Ian Lowitt, (collectively, the "Officer Defendants"), and Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, and John D. Macomber (collectively, the "Director Defendants")[3] (all collectively, the "Defendants"), by and through their undersigned attorneys, will move before the Honorable Lewis A. Kaplan, United States District Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 12(D), New York, New York 10007, on such date as the Court will determine, for an Order, under Fed. R. Civ. P. 8, 9(b), 12(b)(1) and 12(b)(6), dismissing the Third Amended Class Action Complaint in the above-captioned action with prejudice.

---

[2]   The complaint also names Société Générale Corporate and Investment Banking ("SGCIB"). SGCIB is not a corporate entity; rather it is a division of the Société Générale Group.

[3]   The Director Defendants have filed separately their own supplemental memorandum of law.

PLEASE TAKE FURTHER NOTICE that pursuant to the stipulation of the parties and order of the Court, opposing papers, if any, must be served and filed on or before June 30, 2010. Reply papers, if any, must be served and filed on or before July 13, 2010.

Dated: New York, New York
      June 4, 2010

Respectfully submitted,

| SIMPSON THACHER & BARTLETT LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| By: /s/ Michael J. Chepiga<br>Michael J. Chepiga<br>(*mchepiga@stblaw.com*)<br>Mary Elizabeth McGarry<br>(*mmcgarry@stblaw.com*)<br>Erika H. Burk<br>(*eburk@stblaw.com*)<br>Bryce A. Pashler<br>(bpashler@stblaw.com)<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 455-2000<br>Fax: (212) 455-2502<br><br>*Attorneys for Defendants Christopher M. O'Meara and Joseph M. Gregory* | By: /s/ Mitchell A. Lowenthal<br>Mitchell A. Lowenthal<br>*mlowenthal@cgsh.com*)<br>Meredith E. Kotler<br>(*mkotler@cgsh.com*)<br>Victor L. Hou<br>(*vhou@cgsh.com*)<br>One Liberty Plaza<br>New York, NY 10006<br>Tel: (212) 225-2000<br>Fax: (212) 225-3999<br><br>*Attorneys for All Underwriter Defendants Except HVB Capital Markets, Inc. and Incapital LLC*[4] |

---

[4] This motion is not being made on behalf of Utendahl Capital Partners, L.P. ("Utendahl"), also named as a defendant in the Third Amended Complaint. Utendahl has liquidated its operations and ceases to exist as a corporate entity. Cleary Gottlieb Steen & Hamilton LLP will shortly file a motion under Local Civil Rule 1.4 to withdraw as counsel of record for Utendahl.

ALLEN & OVERY LLP

By: /s/ Patricia M. Hynes
Patricia M. Hynes
(*patricia.hynes@allenovery.com*)
Todd Fishman
(*todd.fishman@allenovery.com*)
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Defendant Richard S. Fuld, Jr.*

BOIES, SCHILLER & FLEXNER LLP

By: /s/ David R. Boyd
David R. Boyd (*admitted pro hac vice*)
(*dboyd@bsfllp.com*)
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C. 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

Jonathan P. Krisbergh
(*jkrisbergh@bsfllp.com*)
575 Lexington Avenue
New York, NY 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Defendant Incapital LLC*

DECHERT LLP

By: /s/ Andrew J. Levander
Andrew J. Levander
(*andrew.levander@dechert.com*)
Kathleen N. Massey
(*kathleen.massey@dechert.com*)
Adam J. Wasserman
(*adam.wasserman@dechert.com*)
1095 Avenue of the Americas
New York, NY 10026
Tel: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Defendants Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, and John D. Macomber*

FRIED FRANK HARRIS SHRIVER & JACOBSON LLP

By: /s/ Audrey Strauss
Audrey Strauss
(*audrey.strauss@friedfrank.com*)
Israel David
(*israel.david@friedfrank.com*)
One New York Plaza
New York, NY 10004
Tel: (212) 859-8000
Fax: (212) 859-4000

*Attorneys for Defendant Joseph M. Gregory*

4

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | KASOWITZ BENSON TORRES & FRIEDMAN LLP |

By: __/s/ Marshall R. King_____
Marshall R. King
(*mking@gibsondunn.com*)
Oliver M. Olanoff
(*oolanoff@gibsondunn.com*)
Julie I. Smith
(*jismith@gibsondunn.com*)
200 Park Avenue
New York, NY 10166
Tel:  (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendant UBS Financial Services, Inc.*

By:__/s/ Mark P. Ressler_____
Mark P. Ressler
(*mressler@kasowitz.com*)
Michael Hanin
(*mhanin@kasowitz.com*)
1633 Broadway
New York, NY 10019
Tel:  (212) 506-1700
Fax: (212) 506-1800

*Attorneys for Defendant HVB Capital Markets, Inc.*

PROSKAUER ROSE LLP                                   WILLKIE FARR & GALLAGHER LLP

By:__/s/ Robert J. Cleary_____
Robert J. Cleary
(*rjcleary@proskauer.com*)
Dietrich L. Snell
(*dsnell@proskauer.com*)
Mark E. Davidson
(*mdavidson@proskauer.com*)
Seth D. Fier
(*sfier@proskauer.com*)
1585 Broadway
New York, NY 10036
Tel:  (212) 969-3000
Fax: (212) 969-2900

*Attorneys for Defendant Erin Callan*

By:__/s/ Kelly M. Hnatt_____
Kelly M. Hnatt
(*khnatt@willkie.com*)
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8672
Fax: (212) 728-9672

*Attorneys for Defendant Ian Lowitt*