UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies To:<br><br>*In re Lehman Brothers Equity/Debt Securities Litigation*, 08-CV-5523-LAK | Case No. 09-MD-2017 (LAK)<br><br>ECF CASE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Benjamin J. Hinerfeld is no longer associated with Barroway Topaz Kessler Meltzer & Check, LLP, and is hereby withdrawn as counsel for Lead Plaintiffs in the above-captioned action. Barroway Topaz Kessler Meltzer & Check, LLP, through the undersigned counsel of record, continues to serve as Co-Lead Counsel for Lead Plaintiffs in this action and all future correspondence and papers in this action should continue to be directed to them.

Dated: July 23, 2010

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**

By:     */s/  David Kessler*

David Kessler
John A. Kehoe
Richard A. Russo, Jr.
280 King of Prussia Road
Radnor PA 19087
(610) 667-7706

Nichole Browning
580 California Street, Suite 1750
San Francisco, California 94104
(415) 400-3000

*Co-Lead Counsel for Lead Plaintiffs*