

Writer's Direct Dial: 610-822-2237
E-Mail: kjustice@ktmc.com
*Please reply to the Radnor Office*

July 31, 2013

**VIA FEDERAL EXPRESS**

The Honorable Lewis A. Kaplan
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *In Re: Lehman Brothers Securities and ERISA Litigation*, 09-MD-2019
           This document applies to All Actions

Dear Judge Kaplan:

    Lead Plaintiffs Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, Northern Ireland Local Government Officers' Superannuation Committee, City of Edinburg Council as Administering Authority of the Lothian Pension Fund, and Operating Engineers Local 3 Trust Fund (together, "Lead Plaintiffs"), through its undersigned counsel, hereby withdraw their Motion for Alternative Service of a Subpoena on a Non-Party, filed on May 20, 2013, Docket Nos. 1211 through 1213.

                                         Respectfully submitted,

                                         KESSLER TOPAZ
                                         MELTZER & CHECK, LLP

                                         Kimberly A. Justice

*[Handwritten annotation: Motion withdrawn 8/19/13]*

KAJ/ dap

cc:     Counsel of Record (via email)

280 King of Prussia Road, Radnor, Pennsylvania 19087  T. 610-667-7706  F. 610-667-7056  info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104  T. 415-400-3000  F. 415-400-3001  info@ktmc.com
WWW.KTMC.COM