
DOCKET

Carol H. Stix
112 Carthage Road
Scarsdale, NY 10583
914 723-6566
carolstix@gmail.com

October 14, 2013

Clerk of the Court
US District Court-Southern District
500 Pearl Street
New York, NY 10007-1312

Daniel C. Girard
Girard Gibbons LLP
601 California Street, 14th Floor
San Francisco, CA 94108

J.C. Dickey & M.R. King
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/13

   Re: In re Lehman Brothers Equity/Debt Securities Litigation
       Case No. 08-cv-5523-LAK(S.D.N.Y.)

Dear Sirs or Madams:

I object to the $26.3 million fee requested by Settlement Class Counsel because it appears unreasonable in relation to the likely amount of hours expended and the requested percent of the Settlement Fund (22%) appears arbitrary and without consideration of the hours expended.

Fees of such enormous magnitude in relation to the time expended are contrary to the interest of the plaintiffs and the public.

The CUSIP number of the Structured Product I purchased is 52522L657. I purchased 2000 shares for $20,000 on February 8, 2008 as confirmed by the enclosed statement from UBS. I have not sold any of the Securities. Neither I nor my counsel have appeared as a Settlement Objector in the last five years.

Yours truly,

*Carol H. Stix*
Carol H. Stix


Enc. UBS Statement with purchase date and amount

*PROOF OF PURCHASE*



Resource Management Account  
July 2011

**Account name:** CAROL H STIX  
**Account number:** BT 01597 H8

**Your Financial Advisor:**  
WARD BLUM  
212-821-2700/800-543-0802

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on Jul 1 ($) | Closing balance on Jul 29 ($) | Price per share on Jul 29 ($) | Average rate | Dividend/Interest period | Days in period |
|---|---|---|---|---|---|---|
| RMA NY MONEY FD | 80.03 | 80.03 | 1.00 | 0.01% | Jun 24 to Jul 24 | 31 |

## Equities

### Structured products

There may be little or no secondary market for structured products. Prices are estimated values obtained from third parties or issuers and do not reflect adjustments taken by such third parties or issuers for financial reporting purposes arising from changes in the market value of such transactions. The value at which you would be able to purchase, sell, enter into, assign or terminate any instrument will be impacted by other factors, such as hedging and transaction costs, credit considerations, bid-ask spreads and market liquidity.

| Holding | Trade date | Quantity | Purchase price/ Average price per share ($) | Cost basis ($) | Price per share on Jul 29 ($) | Value on Jul 29 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| LB AOS-CP S&P 500 FINANCIALS 8/10/2009 IN DEFAULT Symbol: PLVTFI  Exchange: OTC | Feb 5, 08 | 2,000.000 | 10.000 | 20,000.00 | -----Price was unavailable----- | | -20,000.00 | LT |

### Your total assets

| | | Value on Jul 29 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| **Cash** | Cash and money balances | 80.03 | 100.00% | 80.03 | | |
| **Equities** | Structured products | | | 20,000.00 | | -20,000.00 |
| **Total** | | **$80.03** | **100.00%** | **$20,080.03** | | **-$20,000.00** |

