Kaplan, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                       :

In re
                                       :

LEHMAN BROTHERS SECURITIES AND
ERISA LITIGATION                    :    MASTER DOCKET
                                            09 MD 2017 (LAK) ECF CASE

This Document Applies To All Individual Actions  :

                                       :
------------------------------------- x

## JOINT STIPULATION FOR EXTENSION OF EXPERT DISCOVERY AND PRETRIAL MOTION SCHEDULE PURSUANT TO PTO 61



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 22 2014

321263.1

This joint stipulation was entered into on the 16th day of May 2014, by and among counsel for each of the parties remaining in the Individual Actions.[1]

WHEREAS, on January 23, 2013, the Court entered Pretrial Order ("PTO") No. 61;

WHEREAS, on October 11, 2013, the Executive Committee and Ernst & Young LLP ("EY") jointly informed this Court of their agreement in principle to settle the claims against EY in the class action and requested that the Court suspend proceedings in such class action;

WHEREAS, on or about November 15, 2013, the undersigned parties remaining in the Individual Actions agreed to take steps to attempt to resolve such actions as well and entered into a joint stipulation and proposed order for suspension of such actions;

WHEREAS, on November 19, 2013, pursuant to the parties' joint stipulation, this Court entered an order suspending ongoing proceedings in the Individual Actions until January 21, 2014;

WHEREAS, between November 19, 2013 and January 21, 2014, EY engaged in discussions with plaintiffs in each of the active Individual Actions regarding potential resolution of those actions;

WHEREAS, on January 21, 2014, the undersigned parties remaining in the Individual Actions agreed to take steps to attempt to resolve such actions and entered into a joint stipulation and proposed order for suspension of such actions;

---

[1] Individual Actions refers to all actions identified in Paragraph 12 of Pretrial Order No. 61, except six actions – *Remer v. Fuld*, No. 10-cv-502; *Michael and Maria lane, Individually and as Trustees of the Lane Family UAD 2004, et al. v. Advisors Asset Mgmt., Inc.*, No. 10-cv-6077; *Reeves v. Ernst & Young LLP*, No. 11-cv-2039; *Danis v. Ernst & Young LLP*, No. 11-cv-9001; *Schron, et al. v. Ernst & Young LLP, et al.*, No. 11-cv-5112; and *Walker v. Ernst & Young LLP*, No. 11-cv-3552 – which have been dismissed or are subject to dismissal as against EY pursuant to Pretrial Order Nos. 77, 81, and 82 for lack of prosecution.

WHEREAS, on January 22, 2014, pursuant to the parties' joint stipulation, this Court entered an order suspending ongoing proceedings in the Individual Actions until March 20, 2014 and amending PTO 61 to provide that expert discovery shall be completed on or before May 16, 2014;

WHEREAS, EY offered mediation to all plaintiffs in the Individual Actions, and EY and nearly all of the plaintiffs in the Individual Actions participated in mediation sessions with Judge Layn R. Phillips, who mediated the class action, on February 26, 2014, March 4, 2014, March 6, 2014, and March 14, 2014.

WHEREAS, Judge Phillips has continued mediation discussions with the parties from March 14, 2014 through the present;

WHEREAS, EY and plaintiff Washington State Investment Board ("WSIB") settled WSIB's claims against EY;

WHEREAS, EY and The California Public Employees' Retirement System ("CalPERS") have agreed to a settlement in principle of CalPERS' claims against EY;

WHEREAS, on April 16, 2014, the Court entered (1) a Judgment and Order approving the settlement between the settlement class and EY; and (2) an Order approving the plan of allocation for the EY net settlement fund;

WHEREAS, all parties have exchanged initial expert reports and rebuttal expert reports in accordance with the parties' stipulation and PTO 61;

WHEREAS, defendant Ernst & Young LLP ("EY") submitted expert reports from eight experts and Individual Plaintiffs submitted expert reports from nine experts;

WHEREAS, the parties in the remaining Individual Actions are working diligently to complete all expert depositions promptly;

WHEREAS, due to scheduling conflicts as a result of the large number of depositions, the parties jointly request an additional time to complete the remaining expert depositions;

WHEREAS, Individual Plaintiffs require additional time to respond to any motion for summary judgment in order to coordinate a consolidated opposition to a motion for summary judgment, with any additional briefing limited to issues unique to each Individual Plaintiff;

NOW, THEREFORE, all parties to the referenced actions jointly stipulate to the following:

1. Expert discovery and pretrial motions shall commence as set forth in PTO 61 with the following amendments:

   - Par. 6 shall be amended to state that all "Expert discovery shall be completed in the Individual Actions on or before June 27, 2014."

   - Par. 7 shall be amended to state: "Any motions for summary judgment shall be filed in the Individual Actions on or before August 8, 2014; any opposition to a motion for summary judgment shall be filed on or before September 19, 2014; and any reply brief in support of a motion for summary judgment shall be filed on or before October 20, 2014.

2. The parties to this Stipulation reserve all rights available to them.

Dated: May 16, 2014

321263.1

4

COTCHETT, PITRE & MCCARTHY, LLP

By: /s/ Matthew K. Edling
    Matthew K. Edling
    (medling@cpmlegal.com)

840 Malcolm Road, Suite 200
Burlingame, California 94010
Tel: 650-697-6000

*Liasion Counsel and Counsel for Plaintiffs Vallejo Sanitation & Flood Control District, the Monterey County Investment Pool (through Mary Zeeb, Monterey County Treasurer), Contra Costa Water District, City of Burbank, City of San Buenaventura, City of Auburn, the San Mateo County Investment Pool, and Zenith Insurance Company*

LATHAM & WATKINS LLP

By: /s/ Miles N. Ruthberg
    Miles N. Ruthberg
    (miles.ruthberg@lw.com)
    Jamie L. Wine
    (jamie.wine@lw.com)

885 Third Avenue
New York, New York 10022
Tel: 212-906-1200

*Attorneys for Ernst & Young LLP*

SHEPPARD MULLIN RICHTER & HAMILTON LLP

By: /s/ Daniel L. Brown
    Daniel L. Brown
    (dbrown@sheppardmullin.com)

30 Rockefeller Plaza
New York, New York 10112
Tel: 212-634-3095

*Attorneys for Ernst & Young LLP*

REUBEN RAUCHER & BLUM

By: /s/ Stephen L. Raucher
    Stephen L. Raucher
    (sraucher@rrbattorneys.com)

10940 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90024
Tel:  (310) 777-1990
Fax:  (310) 777-1989

*Attorneys for Plaintiffs Retirement Housing Foundation and Foundation Property Management, Inc.*

MCDERMOTT WILL & EMERY LLP

By: /s/ Michael R. Huttenlocher
    Michael R. Huttenlocher
    (mhuttenlocher@mwe.com)

340 Madison Avenue
New York, NY 10173
Tel:  (212) 547-5400
Fax:  (212) 547-5444

*Attorneys for Plaintiffs Starr International USA Inv. LC and C.V. Starr & Co., Inc. Trust*

321263.1

BERGER & MONTAGUE, P.C.

By: /s/ Merrill Davidoff
Merrill Davidoff
(mdavidoff@bm.net)

Merrill Davidoff
Lawrence Lederer
Robin Switzenbaum
Gary Cantor
Jon J. Lambiras
1622 Locust Street
Philadelphia, PA 19103
Tel:   (215) 875-3000
Fax:   (215) 875-4604

*Attorneys for Plaintiff The State of New Jersey, Department of Treasury, Division of Investment*

PEARSON, SIMON & WARSHAW, LLP

By: /s/ George S. Trevor
George S. Trevor
(gtrevor@pswlaw.com)

44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Tel:   (415) 433-9000
Fax:   (415) 433-9008

*Attorneys for Plaintiffs City of Long Beach, City of Fremont, City of Cerritos, County of Alameda and County of Tuolumne*

GREER, HERZ & ADAMS, LLP

By: /s/ Andrew Mytelka
Andrew Mytelka
(amytelka@greerherz.com)

Jeanne Urbani Walser
One Moody Plaza, 18th Floor
Galveston, TX 77550
Tel:   (409) 797-3200
Fax:   (409) 766-6424

*Attorneys for Plaintiffs American National Insurance Company, Comprehensive Investment Services Inc., and The Moody Foundation*

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Phillip R. Kaplan
Phillip R. Kaplan
(pkaplan@manatt.com)

11355 W. Olympic Blvd.
Los Angeles, CA 90064
Tel:   (310) 312-4000
Fax:   (310) 312-4224

*Attorneys for Plaintiff State Compensation Insurance Fund*

ABBEY SPANIER

By: _____
Stephen T. Rodd
(srodd@abbeyspanier.com)

212 East 39th Street
New York, NY 10016
Galveston, TX 77550
Tel: (212)889-3700

*Attorneys for Arthur N. Abbey*

ROBBINS GELLER RUDMAN & DOWD LLP

By: _____
Robert Lu
(rlu@rgrdlaw.com)

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Tel: (619) 231-1058
Fax: (619) 231-7423

*Attorneys for Plaintiffs The California Public Employees' Retirement System and The Washington State Investment Board*

ALLEN & OVERY LLP

By: _____
Todd S. Fishman
(todd.fishman@allenovery.com)
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300
Fax: 212-610-6399

*Attorneys for Richard S. Fuld, Jr.*

FINN DIXON & HERLING LLP

By: _____
Alfred U. Pavlis
(apavlis@fdh.com)
Michael Q. English
(menglish@fdh.com)
Richard S. Gora
(rgora@fdh.com)

177 Broad Street
Stamford, Connecticut 06901
Tel: 203-325-5000
Fax: 203-325-5001

*Attorneys for Erin M. Callan*

PETRILLO KLEIN & BOXER LLP

By: _/s/ Joshua Klein_
Joshua Klein
(jklein@pkhllp.com)
Dan Goldman
(dgoldman@pkbllp.com)

655 Third Avenue, 22nd Floor
New York, New York 10017
Tel: 212-370-0334
Fax: 212-609-6921

*Attorneys for Christopher M. O'Meara*


FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP

By: _/s/ Israel David_
Israel David
(israel.david@friedfrank.com)

One New York Plaza
New York, NY 10004
Tel: 212-859-8000
Fax: 212-859-4000
Attorneys for Joseph M. Gregory


CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _/s/ Lewis Liman_
Lewis Liman
(lliman@cgsh.com)

One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2037
Fax: (212) 225-3999

*Attorneys for Ian Lowitt*


SCHINDLER COHEN & HOCHMAN LLP

By: _/s/ Matthew A. Katz_
MATTHEW A. KATZ
(MKatz@SCHlaw.com)

100 Wall Street, 15th Floor
New York, NY 10005
Tel:   (212) 277-6139
Fax:   (212) 277-6333

*Attorneys for Defendant The Williams Capital Group*


SO ORDERED.

Date: 5/22/14

_/s/ Lewis A. Kaplan_
Lewis A. Kaplan
United States District Judge