UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>This Document Applies To:<br><br>    In re Lehman Brothers Equity/Debt<br>    Securities Litigation, 08-CV-5523-LAK | Case No. 09-MD-2017 (LAK)<br><br><u>ECF CASE</u> |

**NOTICE OF STRUCTURED PRODUCTS CLASS REPRESENTATIVES' MOTION
FOR APPROVAL OF DISTRIBUTION PLAN**

    **PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and the Declaration of Adam D. Walter submitted on behalf of the Court-appointed Claims Administrator, A.B. Data, Ltd., and pursuant to Federal Rule of Civil Procedure 23(e), the Structured Products Plaintiffs[1] hereby move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York 10007, to enter the accompanying [Proposed] Order Approving Distribution Plan ("Distribution Order") which will, among other things: (i) approve A.B. Data's administrative determinations accepting and rejecting Claims submitted in connection with the Settlement in this matter, as set forth in the Walter Declaration; (ii) authorize payment of A.B. Data's unpaid fees and expenses incurred and to be incurred in connection with services performed and to be performed with

---

[1] Unless otherwise noted, the terms "Structured Products Plaintiffs" and "Structured Products Class Representatives" refer to Mohan Ananda, Richard Barrett, Ed Davis, Neel Duncan, Rick Fleischman, Nick Fotinos, Gastroenterology Associates, Ltd. Profit Sharing Plan and Trust FBO Charles M. Brooks, MD, Stephen Gott, Karim Kano, David Kotz, Barbara Moskowitz, Ronald Profili, Joseph Rottman, Shea-Edwards Limited Partnership, Juan Tolosa, Grace Wang and Miriam Wolf.

1

respect to administration of the Settlement and distribution of the Net Settlement Fund; (iii) direct distribution of the Net Settlement Fund to Settlement Class Members whose Claims have been accepted; (iv) authorize destruction of paper and electronic copies of the Proof of Claim one year after distribution of the Net Settlement Fund; (v) direct that the distribution checks state that the check must be cashed within 120 days after the issue date; and (vi) provide that the Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and for such other and further relief as the Court deems appropriate. [2]

Class Counsel has conferred with Defendant's counsel and has been advised that Defendant does not object to the motion.

The proposed Distribution Order is attached hereto as Exhibit 1.

Dated: June 30, 2014

Respectfully submitted,

**GIRARD GIBBS LLP**

/s/ *Daniel C. Girard*

Daniel C. Girard
Amanda M. Steiner
Dena C. Sharp
601 California Street, Floor 14
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dcg@girardgibbs.com
as@girardgibbs.com
chc@girardgibbs.com

---

[2] All capitalized terms not otherwise defined herein have the meanings ascribed to them in (a) the Stipulation of Settlement and Release dated September 11, 2013, between the Structured Products Plaintiffs and UBS Financial Services, Inc. (ECF No. 1290-1), (the "Stipulation"); (b) the Notice of Pendency of Class Action and Proposed Settlement, Settlement Fairness Hearing and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses; and (c) the Walter Declaration.

John A. Kehoe
711 Third Avenue, 20th Floor
New York, NY 10017
Tel: (212) 867-1721
Fax: (212) 867-1767
jak@girardgibbs.com

*Class Counsel and Counsel for Plaintiffs Mohan Ananda, Richard Barrett, Neel Duncan, Nick Fotinos, Stephen Gott, Karim Kano, Barbara Moskowitz, Ronald Profili, Joe Rottman, Grace Wang and Miriam Wolf*

ZWERLING, SCHACHTER
    & ZWERLING, LLP
Susan Salvetti
Justin M. Tarshis
41 Madison Avenue
New York, New York 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
ssalvetti@zsz.com
jtarshis@zsz.com

*Counsel for Plaintiffs Ed Davis, Rick Fleischman, Gastroenterology Associates, Ltd. Profit Sharing Plan FBO Charles M. Brooks M.D., Arthur Simons, and Juan Tolosa*

LAW OFFICES OF JAMES V. BASHIAN, P.C.
James V. Bashian
500 Fifth Avenue, Suite 2700
New York, New York 10110
Telephone: (212) 921-4110
Facsimile: (212) 921-4229

*Counsel for Plaintiff David Kotz*

BONNETT FAIRBOURN FRIEDMAN
    & BALINT, P.C.
Andrew Friedman
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: (602) 274-1100
Facsimile: (602) 274 1199

TIFFANY & BOSCO P.A.
Richard G. Himelrick
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Facsimile: (602) 255-0103

*Counsel for Plaintiff Shea-Edwards Limited Partnership*